United States Bankruptcy Court
Southern District of Florida

In re:                                                                                            Case No. 21-20622-PDR
Samuel Fitzgerald Worrell                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0    User: weldonm    Page 1 of 2
Date Rcvd: Nov 05, 2021    Form ID: pdf008    Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Fitzgerald Worrell, 7420 NW 41 Court, Lauderhill, FL 33319-3902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Nov 05 2021 21:56:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 05 2021 21:56:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96398662 | ##+ | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

**Name**                              **Email Address**

| | | |
|---|---|---|
| District/off: 113C-0 | User: weldonm | Page 2 of 2 |
| Date Rcvd: Nov 05, 2021 | Form ID: pdf008 | Total Noticed: 3 |

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
    ecf@ch13weiner.com  ecf2@ch13weiner.com

TOTAL: 2

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

[✓] Original Plan

[ ] Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

[ ] Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: SAMUEL FITZGERALD    JOINT DEBTOR: _____    CASE NO.: _____
SS#: xxx-xx- 3980   WORRELL    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [✓] Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | [ ] Included | [✓] Not included |
| Nonstandard provisions, set out in Section IX | [✓] Included | [ ] Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT**: This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. ~~$0.00~~ 2015.00 for months 1 to 59;
2. ~~$0.00~~ 2070.00 for months 60 to 60;
3. $0.00 for months ___ to ___;

B. **DEBTOR(S)' ATTORNEY'S FEE**: [✓] NONE  [ ] PRO BONO

| Total Fees: | $0.00 | Total Paid: | $0.00 | Balance Due: | $0.00 |
|---|---|---|---|---|---|
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS  [ ] NONE

A. **SECURED CLAIMS**: [ ] NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: DITECH FINANCIAL LLC
   Address: ATTN: BANKRUPTCY  Arrearage/ Payoff on Petition Date
   P.O. BOX 6172   [Select Payment Type]   ~~$0.00~~ 1831.00 /month (Months 1 to 60)
   RAPID CITY SD 57709
   Last 4 Digits of Account No.: 1878
   Other: _____

Debtor(s): SAMUEL FITZGERALD WORRELL Case number: _____

| | |
|---|---|
| ☑ Real Property<br>   ☑ Principal Residence<br>   ☐ Other Real Property<br>Address of Collateral:<br>7420 NW 41st Court<br>Lauderhill, FL. 33319.<br>☐ Personal Property/Vehicle<br>Description of Collateral: | Check one below for Real Property:<br>☑ Escrow is included in the regular payments<br>☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly |

### B. VALUATION OF COLLATERAL: ☑ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

#### 1. REAL PROPERTY: ☐ NONE

| 1. Creditor: _____<br>   Address: _____<br><br>Last 4 Digits of Account No.: ____<br><br>Real Property<br>☐ Principal Residence<br>☐ Other Real Property<br>Address of Collateral: | Value of Collateral:    $0.00<br>Amount of Creditor's Lien:   $0.00<br><br>Interest Rate:   0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>   ☐ taxes   ☐ insurance directly | **Payment**<br>Total paid in plan:   $0.00<br><br>$0.00   /month (Months ___ to ___) |

#### 2. VEHICLES(S): ☐ NONE

| 1. Creditor: _____<br>   Address: _____<br><br>Last 4 Digits of Account No.: ____<br>VIN: _____<br>Description of Collateral:<br><br><br>Check one below:<br>☐ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral:    $0.00<br>Amount of Creditor's Lien:   $0.00<br><br>Interest Rate:   0.00% | **Payment**<br>Total paid in plan:   $0.00<br><br>$0.00   /month (Months ___ to ___) |

#### 3. PERSONAL PROPERTY: ☐ NONE

LF-31 (rev. 06/04/21)                                 Page 2 of 6

Debtor(s): Samuel Fitzgerald Worrell    Case number: _____

| 1. Creditor: _____ | Value of Collateral:          $0.00 | **Payment** |
| Address: _____ | Amount of Creditor's Lien:    $0.00 | Total paid in plan:     $0.00 |
| Last 4 Digits of Account No.: _____ | Interest Rate:    0.00% | $0.00 /month (Months ___ to ___) |
| Description of Collateral: _____ | | |
| Check one below: ☐ Claim incurred less than one year pre-petition    ☐ Claim incurred 1 year or more pre-petition | | |

C. **LIEN AVOIDANCE**  ☑ NONE

☐ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| 1. Creditor: _____ | Collateral: _____ |
| Address: _____ | Exemption: _____ |
| Last 4 Digits of Account No.: _____ | |

D. **SURRENDER OF COLLATERAL:**   ☑ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

Name of Creditor      Last 4 Digits of Account No.   Description of Collateral (Address, Vehicle, etc.)

1. _____

E. **DIRECT PAYMENTS**   ☑ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

Name of Creditor      Last 4 Digits of Account No.   Description of Collateral (Address, Vehicle, etc.)

1. _____

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**   ☑ NONE

| 1. Name: _____ |
| Payment Address: _____ |
| Total Due:    $0.00 |
| Payable    $0.00    /month (Months ___ to ___) |
| Payable    $0.00    /month (Months ___ to ___) |

B. **INTERNAL REVENUE SERVICE:**   ☐ NONE

Debtor(s): SAMUEL ~~Imeenny Woraell~~ Case number: _____

|  |  |  |  |
|---|---|---|---|
| Total Due: | $0.00 | Total Payment | $0.00 |
| Payable: | $0.00 | /month (Months ___ to ___ ) | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE  ☐ CURRENT AND PAID OUTSIDE

1. Name of Creditor: _____
Payment Address: _____
Total Due: $0.00
Payable $0.00 /month (Months ___ to ___ )
Regular Payemnt (if applicable) $0.00 /month (Months ___ to ___ )

**D. OTHER:** ☑ NONE

1. Name of Creditor: _____
Payment Address: _____
Total Due: $0.00
Payable $0.00 /month (Months ___ to ___ )
Regular Payemnt (if applicable) $0.00 /month (Months ___ to ___ )

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

A. Pay ~~$0.00~~ $0.00 /month (Months 60 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☑ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☑ NONE

1. Name of Creditor: _____
Payment Address: _____
Last 4 Digits of Account No.: _____
Basis for Separate Classification _____
Payable $0.00 /month (Months ___ to ___ )

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. STUDENT LOAN PROGRAM** ☑ NONE

A. FEDERAL - Direct Pay   ☑ None

Name of student who benefitted from the loan (if different than the Debtor) _____

1. Name of Private Student Loan Holder and/or Servicer: _____
Address: _____
Last 4 Digits of Account No.: _____

The debtor(s) filed the Local Form Notice of Income Driven Repayment Plan. All Federal Student loan payments shall be paid directly by the debtor(s) and the debtor(s) will be solely responsible for ensuring that the direct payments to the Federal Student Loan Holder(s) are received timely. The monthly IDR payment is set forth in the Local Form Notice of Income Driven Repayment Plan.

The debtor(s) expressly waive(s) any and all causes of action and claims against the Federal Student Loan Holder(s) and Servicer(s) for any alleged violation of the automatic stay under 11 U.S.C. § 362(a) with regard to and in consideration of the benefits of enrollment and participation in an IDR plan during the Chapter 13 case. Debtor(s) must file a certificate of service indicating that a copy of the plan was served in accordance with the provisions of Section IV of the Court's Student Loan Program Procedures.

The debtor(s) shall file annual recertifications on or before the anniversary date of any IDR plan until such time as the Department of Education establishes the automatic recertification of income for IDR borrowers. If the IDR plan payment changes after recertification

Debtor(s): Samuel Fitzgerald Worrell  Case number: _____

or after the debtor(s) receive(s) the Department of Education annual certification, then, no later than 14 days after receiving notice of the payment change, the debtor(s) must file the Local Form Notice of IDR Payment Change noting the change in the monthly IDR plan payment.

Any Notice required to be given to the Federal Student Loan Holder under this Section must include the name(s) of the debtor(s) and the bankruptcy case number and Chapter 13 designation, must identify the Federal Student Loans, and must be served in accordance with the provisions in Section IV of the Court's Student Loan Program Procedures.

**B. PRIVATE – Paid in the Chapter 13 Plan** ☑ None

Name of student who benefitted from the loan (if different than the Debtor) _____

1. Name of Private Student Lender: _____

Address: _____

Last 4 Digits of Account No.: _____

Payable   $0.00   /month (Months ___ to ___)

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☑ NONE

Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. _____ | _____ | _____ | ☐ Assume ☐ Reject |

**VIII. INCOME TAX RETURNS AND REFUNDS:** ☑ NONE

☐ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

☐ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

☑ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

☑ Mortgage Modification Mediation

Debtor(s): SAMUEL FITZGERALD WORRELL Case number: _____

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ _11/05/2021_____ _____ _____
Debtor                                    Date                              Joint Debtor                              Date

_____   _____
Attorney with permission to sign on        Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**