UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                                                            CASE NO.: 21-20622-PDR
                                                                                                                                                    CHAPTER 13

**Samuel Fitzgerald Worrell,**
   Debtor.

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**6409 CONGRESS AVENUE, SUITE 100**
**BOCA RATON, FL 33487**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Avenue, Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 470-321-7112

                                       By: /s/Keith Labell
                                            Keith Labell
                                            Email: klabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SAMUEL FITZGERALD WORRELL
7420 NW 41 COURT
LAUDERHILL, FL 33319

And via electronic mail to:

ROBIN R WEINER
POB 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Tre'von Stone