UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                         CASE NO.: 21-20613-RAM
                                                                                       CHAPTER 13

Kevin Snow,
     Debtor.

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST NLC TRUST 2007-1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**6409 CONGRESS AVENUE, SUITE 100**
**BOCA RATON, FL 33487**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Avenue, Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 470-321-7112

                                   By: /s/Keith Labell
                                         Keith Labell
                                         Email: klabell@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KEVIN SNOW
10411 SW 184 STREET
MIAMI, FL 33157

And via electronic mail to:

TIMOTHY S KINGCADE, ESQ
1370 CORAL WAY
MIAMI, FL 33145

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
OB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Tre'von Stone