# United States Bankruptcy Court
## Southern District of Florida

In re                                                                                   Case no. 21-20622-PDR

SAMUEL FITZGERALD WORRELL                        Chapter 13
_____
Debtor 1

Last four digits of SSN or ITIN  3980

_____
Debtor 2

Last four digits of SSN or ITIN _____

REQUEST TO RESCHEDULE a 341(a) MEETING OF CREDITORS
**Title of document**

I SAMUEL F. WORRELL REQUEST TO CONTINUE THE 341(a) MEETING OF CREDITORS SCHEDULE FOR DEC, 17th 2024, AT 1:00 P.M, DUE TO THE FACT THAT I WILL NOT BE IN THE COUNTRY, 12/10/2021 UNTIL AFTER 1st JANUARY 2022. PLEASE CONTINUE THE MEETING TO THE NEXT AVAILABLE DATE.

Date: 11/08/2021    Signature: _____

Date: _____    Signature: _____

(954) 401-4743