**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                              CASE NO.: 21-20622-PDR
                                                                                   CHAPTER 13

Samuel Fitzgerald Worrell,

    Debtor.

_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #6), and states as follows:

1. Debtor, Samuel Fitzgerald Worrell ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 5, 2021.

2. Secured Creditor holds a security interest in the Debtor's real property located at 7420 NW 41st Ct, Lauderhill, FL 33319, by virtue of a Mortgage recorded on February 2, 2006 at Instrument number 105751348 of the Public Records of Broward County, FL. Said Mortgage secures a Note in the amount of $337,500.00.

3. The Debtor filed a Chapter 13 Plan on November 5, 2021.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $194,391.78, whereas the Plan proposes to pay only $0.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $194,391.78 as the pre-petition arrearage over the life of the plan.

5. The plan includes monthly payments to Secured Creditor in the amount of $1,831.00, but the actual regular payment on this loan is $5,446.39, and plan does not state whether those are for pre-petition arrearages or regular payment.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/Keith Labell
Keith Labell, Esquire
Florida Bar Number 0109158
Email: klabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office Of The Us Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

Samuel Fitzgerald Worrell
7420 NW 41 Court
Lauderhill, FL 33319

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/Keith Labell
Keith Labell, Esquire
Florida Bar Number 0109158
Email: klabell@raslg.com