

**ORDERED in the Southern District of Florida on December 9, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Samuel Fitzgerald Worrell,

      Debtor.

_____/

Case No. 21-20622-PDR

Chapter 13

### ORDER GRANTING MOTION TO CONTINUE MEETING OF CREDITORS

This matter is before the Court for hearing on December 9, 2021, on the *pro se* Debtor's *Motion to Continue Meeting of Creditors*. (Doc. 17). The Debtor requests that the meeting be continued because he is scheduled to travel abroad until December 26, 2021. Based on the Chapter 13 Trustee's lack of objection due to the Debtor's proffer that he had mailed an outstanding payment to the Chapter 13 Trustee, the Court **ORDERS** that the *Motion* (Doc. 17) is **GRANTED**. The Chapter

13 Trustee is directed to reschedule the meeting of creditors to the next available and appropriate date.

### #

Copies To:
All parties in interest.