United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 21-20622-PDR
Samuel Fitzgerald Worrell  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: groomsd | Page 1 of 2 |
| Date Rcvd: Dec 10, 2021 | Form ID: pdf004 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Fitzgerald Worrell, 7420 NW 41 Court, Lauderhill, FL 33319-3902 |
| cr | + | HSBC BANK USA, N.A., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 10 2021 22:28:00 | HSBC BANK USA, N.A., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 10 2021 22:28:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96398662 | ##+ | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021        Signature:    /s/Joseph Speetjens

| District/off: 113C-0 | User: groomsd | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: pdf004 | Total Noticed: 3 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keith S Labell | on behalf of Creditor HSBC BANK USA  N.A. klabell@raslg.com, klabell@raslg.com |
| Keith S Labell | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING klabell@raslg.com  klabell@raslg.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |

TOTAL: 4



**ORDERED in the Southern District of Florida on December 9, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Samuel Fitzgerald Worrell,

      Debtor.
_____/

Case No. 21-20622-PDR

Chapter 13

### ORDER GRANTING MOTION TO CONTINUE MEETING OF CREDITORS

This matter is before the Court for hearing on December 9, 2021, on the *pro se* Debtor's *Motion to Continue Meeting of Creditors*. (Doc. 17). The Debtor requests that the meeting be continued because he is scheduled to travel abroad until December 26, 2021. Based on the Chapter 13 Trustee's lack of objection due to the Debtor's proffer that he had mailed an outstanding payment to the Chapter 13 Trustee, the Court **ORDERS** that the *Motion* (Doc. 17) is **GRANTED**. The Chapter

13 Trustee is directed to reschedule the meeting of creditors to the next available and appropriate date.

### #

Copies To:
All parties in interest.