# Ditech Financial LLC Plaintiff vs. Samuel H Worrell, et al Defendant

**Broward County Case Number:** CACE16001954

**State Reporting Number:** 062016CA001954AXXXCE

**Court Type:** Civil

**Case Type:** Real Prop Homestead Res Fore =/>$250,000

**Incident Date:** N/A

**Filing Date:** 02/02/2016

**Court Location:** Central Courthouse

**Case Status:** Reopened - CV

**Magistrate Id / Name:** N/A

**Judge ID / Name:** 11 Gundersen, Andrea Ruth

## − Party(ies)

Total: 3

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|

| Party Type | Party Name | Address | Attorneys / Address  ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Ditech Financial LLC**  *Formerly Known As*  **Green Tree Servicing LLC** | | ★ Malley, Adam, ESQ.  Retained  Bar ID: 69867  ROBERTSON, ANSCHUTZ, SCHNEID, CRANE &  6409 Congress Ave., Suite 100  Boca Raton, FL 33487  **Status: Active**  Motyka, Kristen  Retained  Bar ID: 91884  Robertson, Anschutz, Schneid, Crane & Partners, PLLC  6409 Congress Ave  Suite 100  Boca Raton, FL 33487  **Status: Active**  Brown, Scott A  Retained  Bar ID: 88187  Robertson Anschutz Schneid Crane & Partners PLLC  6409 Congress Ave, Suite 100  Boca Raton, FL 33487  **Status: Active**  Meisels, Jonathan  Retained  Bar ID: 29235  Robertson , Anschutz,Schneid ,Crane & Partners, PLLC  6409 Congress Avenue, Suite 100  Boca Raton, FL 33487  **Status: Active**  Sparks, Susan  Retained  Bar ID: 33626  Robertson, Anschutz, Schneid, Crane & Partners, PLLC  6409 Congress Ave Ste 100  Boca Raton, FL 33487-2853  **Status: Active** |
| Defendant | **Worrell, Samuel H** | | ★ Pro Se  Retained  **Status: Active** |

| Party Type | Party Name | ❓ Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Worrell, Donna L** *Also Known As* **Gibson, Donna** | | ★ Pro Se Retained **Status: Active** |

## Disposition(s)

Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 02/21/2018 | Disposed by Non-Jury Trial |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 02/21/2018 | **Final Judgment of Foreclosure** Comment (SALE DATE 6/21/18 ) Vol./Book 0 , Page 0, 4 pages Instrument Number 114906573 | 📄 | 4 |

## Event(s) & Document(s)

Total: 118

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/12/2021 | **Notice of Hearing** | | 📄 | 3 |
| 10/05/2021 | **Motion to Strike** | DEFENDANTS' SAMUEL H. WORRELL AND DONNA L. WORRELL RESPONSE TO PLAINTIFF'S OPPOSITION OF MOTION AS MOOT Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 09/20/2021 | **Certificate of Service** | OF ORD SETTING/RESETTING FORECLOSURE SALE Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 09/14/2021 | **Order Rescheduling Foreclosure Sale** | | 📄 | 2 |
| 09/13/2021 | **Response** | TO PLAINTIFF'S OPPOSITION OF MOTION Party: *Defendant* Worrell, Samuel H *Defendant* Worrell, Donna L | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/07/2021 | **Response to Motion** | IN OPPOSITION TO PRO SE DEFENDANTS' TO DISMISS<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 08/31/2021 | **Motion to Cancel & Reschedule Foreclosure Sale** | Party: *Defendant* Worrell, Samuel H<br>*Defendant* Worrell, Donna L | 📄 | 2 |
| 08/24/2021 | **Notice of Hearing** | | 📄 | 3 |
| 08/23/2021 | **Motion to Reschedule Foreclosure Sale** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 5 |
| 08/23/2021 | **Notice of Filing** | ORDER OF DISMISSAL OF BANKRUPTCY<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 02/04/2021 | **Notice of Firm Name Change** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 2 |
| 02/11/2020 | **Suggestion of Bankruptcy** | SBA# 20-11803-PGH<br>Party: *Defendant* Worrell, Samuel H | 📄 | 1 |
| 02/11/2020 | **Order Approving Assignment of Bid** | assigned to Federal National Mortgage Association | 📄 | 2 |
| 02/06/2020 | **Assignment of Bid** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 2 |
| 02/06/2020 | **Motion** | For Assignment of Credit Bid<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 3 |
| 01/24/2020 | **Proof of Publication** | February 12, 2020 | 📄 | 2 |
| 01/16/2020 | **Certificate of Service** | OF COPY OF ORDER ON PLAINTIFF'S MOTION TO RESCHEDULE FORECLOSURE SALE<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 01/09/2020 | **Notice of Sale - Issued by Attorney** | 10:00 AM, on February 12, 2020 | 📄 | 3 |
| 01/06/2020 | **Order Rescheduling Foreclosure Sale** | February 12, 2020 | 📄 | 2 |
| 12/09/2019 | **Notice of Hearing** | | 📄 | 3 |
| 12/06/2019 | **Notice of Filing** | ORDER OF DISMISSAL OF BANKRUPTCY<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 12/06/2019 | **Motion to Reschedule Foreclosure Sale** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 08/22/2019 | **Suggestion of Bankruptcy** | SBA# 19-21221-JKO<br>Party: *Defendant* Worrell, Samuel H | 📄 | 2 |
| 08/22/2019 | **Proof of Publication** | | 📄 | 2 |
| 07/29/2019 | **Electronic Sale Fee Paid** | Payor: TERI J GEVINSON ; Userid: CTS-fg/t ; Receipt: 20191FA1A102768;<br>;<br>Amount: $70.00 | | |
| 07/26/2019 | **Notice of Sale - Issued by Attorney** | sale date set for August 27, 2019 | 📄 | 3 |
| 06/24/2019 | **Order Rescheduling Foreclosure Sale** | NEW SALE DATE: 08/27/19 | 📄 | 2 |
| 06/24/2019 | **Order Granting Motion to Withdraw** | | 📄 | 1 |
| 05/30/2019 | **Notice of Hearing** | | 📄 | 3 |
| 05/30/2019 | **Cross Notice** | Of Hearing-6/24/2019 1:30pm #15160 | 📄 | 1 |
| 05/22/2019 | **Motion to Withdraw** | C. Anthony Rumore, P.A<br>Party: *Defendant* Worrell, Samuel H<br>*Defendant* Worrell, Donna L | 📄 | 2 |
| 05/21/2019 | **Motion to Reset Sale Date** | PLAINTIFF'S MOTION TO RESCHEDULE FORECLOSURE SALE<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 05/21/2019 | **Notice of Filing** | NOTICE OF FILING ORDER OF DISMISSAL OF BANKRUPTCY - SAMUEL H. WORRELL<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 05/21/2019 | **Re-open Fee** | Payor: MITCH GEVINSON ; Userid: CTS-fg/t ; Receipt: 20191FA1A071606;<br>;<br>Amount: $50.00 | | |
| 07/31/2018 | **Order Approving Assignment of Bid** | to Federal National Mortgage Association | 📄 | 2 |
| 07/27/2018 | **Bid Sheet** | | 📄 | 1 |
| 07/26/2018 | **Foreclosure Sale Fee** | Payor: DAVID SCHNEID ; Userid: CTS- ; Receipt: 20181RA1A003238;<br>;<br>Amount: $70.00 | | |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/26/2018 | **Suggestion of Bankruptcy** | SBA #18-19013-JKO I/N/O Samuel H. Worrell | 📄 | 2 |
| 07/26/2018 | **Motion** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 3 |
| 07/25/2018 | **Order Cancelling Foreclosure Sale** | Denied | 📄 | 1 |
| 07/25/2018 | **Assignment of Bid** |  | 📄 | 2 |
| 07/25/2018 | **Re-open Fee** | Payor: ANTHONY RUMORE, P.A. ; Userid: CTS-fg/t ; Receipt: 20181FA1A100466; ; Amount: $50.00 |  |  |
| 07/24/2018 | **Motion to Cancel & Reschedule Foreclosure Sale** | Party: *Defendant* Worrell, Samuel H *Defendant* Worrell, Donna L | 📄 | 1 |
| 07/23/2018 | **Affidavit of Proof of Publication** |  | 📄 | 2 |
| 07/23/2018 | **Proof of Publication** | July 26, 2018 | 📄 | 2 |
| 07/23/2018 | **Notice of Hearing** |  | 📄 | 1 |
| 07/11/2018 | **Notice of Sale - Issued by Attorney** | July 26, 2018 | 📄 | 3 |
| 07/11/2018 | **Electronic Sale Fee Paid** | Payor: M GEVINSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A094135; ; Amount: $60.00 |  |  |
| 06/27/2018 | **Certificate of Service** | OF ORDER ON PLAINTIFF'S MOTION Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 06/25/2018 | **Order Approving Assignment of Bid** |  | 📄 | 2 |
| 06/22/2018 | **Re-open Fee** | Payor: MITCH GEVINSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A084624; ; Amount: $50.00 |  |  |
| 06/21/2018 | **Order Cancelling Foreclosure Sale** | granted reset 7-26-2018 | 📄 | 1 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 06/21/2018 | **Foreclosure Sale Fee** | Payor: DAVID SCHNEID ; Userid: CTS- ; Receipt: 20181RA1A002702; ; Amount: $70.00 | | |
| 06/20/2018 | **Assignment of Bid** | | 📄 | 2 |
| 06/20/2018 | **Motion** | for Assignment of Credit Bid<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 6 |
| 06/20/2018 | **Re-open Fee** | Payor: ANTHONY RUMORE, P.A. ; Userid: CTS-fg/t ; Receipt: 20181FA1A083048; ; Amount: $50.00 | | |
| 06/19/2018 | **Notice of Hearing** | 6/21/18 | 📄 | 1 |
| 06/19/2018 | **Motion to Cancel & Reschedule Foreclosure Sale** | Party: *Defendant* Worrell, Samuel H<br>*Defendant* Worrell, Donna L | 📄 | 1 |
| 06/14/2018 | **Proof of Publication** | June 21, 2018 | 📄 | 2 |
| 06/01/2018 | **Electronic Sale Fee Paid** | Payor: JONATHAN IAN MEISELS ; Userid: CTS-fg/t ; Receipt: 20181FA1A073590; ; Amount: $60.00 | | |
| 05/31/2018 | **Notice of Sale - Issued by Attorney** | June 21, 2018 | 📄 | 3 |
| 02/27/2018 | **Comment:** | FILE CREATED FOR ORGINAL DOCS | | |
| 02/21/2018 | **Notice of Filing** | Original Note Original Mortgage<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 25 |
| 02/21/2018 | **Final Disposition Form** | | 📄 | 1 |
| 02/21/2018 | **Notice of Confidential Information Within Court Filing** | Original Note, Original Mortgage. Location: Loan #'s, Etc. | 📄 | 1 |
| 02/12/2018 | **Notice of Filing** | | 📄 | 4 |
| 02/05/2018 | **Amended Witness List** | | 📄 | 3 |
| 11/03/2017 | **Notice of Filing Designation of Emailing Addresses** | Party: *Defendant* Worrell, Samuel H<br>*Defendant* Worrell, Donna L | 📄 | 1 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 08/07/2017 | **Witness & Exhibit List** | | 📄 | 8 |
| 08/07/2017 | **Certificate of Service** | CERTIFICATE OF SERVICE OF THE ORDER SETTING NON-JURY TRIAL<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 5 |
| 08/01/2017 | **Order Setting** | NON-JURY FORECLOSURE TRIAL AND PRETRIAL PROCEDURES 2/21/18 @ 9:00 AM RM 4150 | 📄 | 2 |
| 07/31/2017 | **Ord Setting Non-Jury Trial** | 02-21-2018 | 📄 | 3 |
| 07/21/2017 | **Notice** | OF READINESS FOR TRIAL<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 2 |
| 06/26/2017 | **Certificate of Service** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 06/12/2017 | **Order Setting Case Management Conference** | 07-31-2017 | 📄 | 2 |
| 06/12/2017 | **Order Setting Case Management Conference** | RM 14160 07-31-2017 1:30 PM | 📄 | 1 |
| 05/05/2017 | **Certificate of Service** | CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 04/25/2017 | **Order Setting Case Management Conference** | 06-12-2017 | 📄 | 2 |
| 04/25/2017 | **Order Setting Case Management Conference** | 06/12/17 1:30 PM RM 14160 | 📄 | 1 |
| 03/20/2017 | **Certificate of Service** | CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 03/07/2017 | **Order Setting Case Management Conference** | 04-25-2017 | 📄 | 2 |
| 03/07/2017 | **Order Setting Case Management Conference** | 04-25-2017 1:30PM RM-519 | 📄 | 1 |
| 03/02/2017 | **Certificate of Service** | copy of Order Setting Case Management Conference<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 01/18/2017 | **Order Setting Case Management Conference** | 03-07-2017 | 📄 | 2 |
| 01/18/2017 | **Order Setting Case Management Conference** | RM 519 03-07-2017 1:30 PM | 📄 | 1 |
| 12/22/2016 | **Certificate of Service** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 11/29/2016 | **Order Setting Case Management Conference** | rm 519 01-18-2017 1:30 PM | 📄 | 2 |
| 11/29/2016 | **Order Setting Case Management Conference** | 01-18-2017 @ 1:30 PM RM 519 | 📄 | 1 |
| 10/04/2016 | **Certificate of Service** | OF SERVICE OF ORDER UPON PLAINTIFF'S MOTION TO STRIKE DEFENDANTS, SAMUEL H. WORRELL AND DONNA L. WO RELL AFFIRMATIVE DEFENSES<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 2 |
| 09/30/2016 | **Certificate of Service** | OF ORDER SETTING CASE MANAGEMENT CONFERENCE<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 09/28/2016 | **Order Setting Case Management Conference** | 11-29-2016 1:30 PM RM 519 | 📄 | 2 |
| 09/28/2016 | **Order Granting Motion to Strike** | AFFIRMATIVE DEFENSES | 📄 | 2 |
| 09/28/2016 | **Order Setting Case Management Conference** | | 📄 | 1 |
| 09/06/2016 | **Notice of Hearing** | | 📄 | 3 |
| 08/09/2016 | **Motion to Strike** | AFFIRMATIVE DEFENSES | 📄 | 14 |
| 08/04/2016 | **Answer & Affirmative Defenses** | SAMUEL H. WORRELL and DONNA L. WORRELL | 📄 | 6 |
| 07/19/2016 | **Notice of Cancellation** | | 📄 | 2 |
| 07/18/2016 | **Certificate of Service** | AGREED ORDER DENYING DEFENDANTS MOTION TO DISMISS COMPLAINT<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 3 |
| 07/14/2016 | **Agreed Order** | DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT, DEFTS SHALL FILE ANSWER W/IN (20) DAYS | 📄 | 1 |
| 06/17/2016 | **Notice of Hearing** | 7-27-16 AT 1:30 PM ROOM 519<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 5 |
| 05/10/2016 | **Motion to Dismiss** | SAMUEL H. WORRELL and DONNA L. WORRELL | 📄 | 2 |
| 05/10/2016 | **Motion for Default** | Party: *Plaintiff* Ditech Financial LLC | 📄 | 4 |
| 05/10/2016 | **Non-Military Affidavit** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 04/19/2016 | **Agreed Order** | ON MOTION FOR EXTENSION OF TIME/GRANTED. DEFTS ADDITIONAL 20 DAYS. | 📄 | 1 |
| 04/05/2016 | **Notice of Appearance** | Party: *Defendant* Worrell, Samuel H *Defendant* Worrell, Donna L | 📄 | 1 |
| 04/05/2016 | **Motion for Enlargement of Time** | TO FILE RESPONSE<br>Party: *Defendant* Worrell, Samuel H<br>*Defendant* Worrell, Donna L | 📄 | 1 |
| 03/21/2016 | **Summons Returned Served** | 16th day of March, 2016<br>Party: *Defendant* Worrell, Samuel H | 📄 | 2 |
| 03/21/2016 | **Summons Returned Served** | 16th day of March, 2016 A/K/A DONNA GIBSON<br>Party: *Defendant* Worrell, Donna L | 📄 | 2 |
| 02/06/2016 | **Filing Fee Paid** | Payor: JONATHAN IAN MEISELS ; Userid: CTS-fg/t ; Receipt: 20161FA1A013448; ;<br><br>Amount: $1,906.00 | | |
| 02/06/2016 | **Summons Issued Fee** | Payor: JONATHAN IAN MEISELS ; Userid: CTS-fg/t ; Receipt: 20161FA1A013448; ;<br><br>Amount: $10.00 | | |
| 02/06/2016 | **Summons Issued Fee** | Payor: JONATHAN IAN MEISELS ; Userid: CTS-fg/t ; Receipt: 20161FA1A013448; ;<br><br>Amount: $10.00 | | |
| 02/02/2016 | **Civil Cover Sheet** | | 📄 | 2 |
| 02/02/2016 | **Value Claim Form** | of Real Property or Mortgage Foreclosure | 📄 | 1 |
| 02/02/2016 | **Notice of Lis Pendens** | | 📄 | 2 |
| 02/02/2016 | **Notice** | of Submitting Fla.Stat.702.015(4) Certification | 📄 | 6 |
| 02/02/2016 | **Complaint (eFiled)** | For Foreclosure of Mortgage/Verified<br>Party: *Plaintiff* Ditech Financial LLC | 📄 | 35 |
| 02/02/2016 | **eSummons Issuance** | A/K/A Donna Gibson<br>Party: *Defendant* Worrell, Donna L | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 02/02/2016 | **eSummons Issuance** | Party: *Defendant* Worrell, Samuel H | 📄 | 3 |

## ➖ Hearing(s)  Total: 4

| Date | Description | Additional Text |
|---|---|---|
| 02/12/2020 | **Foreclosure Sale** | *CANCELED  Suggestion of Bankruptcy*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 08/27/2019 | **Foreclosure Sale** | *CANCELED  Suggestion of Bankruptcy*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 07/26/2018 | **Foreclosure Sale** | *CANCELED  Suggestion of Bankruptcy*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 06/21/2018 | **Foreclosure Sale** | *CANCELED  Per Order*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |

## ➖ Related Case(s)  Total: 0

**There is no related case information available for this case.**