**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:  CASE NO.: 21-20622-PDR
SAMUEL FITZGERALD WORRELL,  CHAPTER 13
Debtor.

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 21, 2022, I caused to be a true and correct copy of the Notice of Hearing (Re: 26 Motion for Relief from Stay [Fee Amount $188] Filed by Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING **(DE# 27)** to be served via United States Mail to the following parties:

Samuel Fitzgerald Worrell, *PRO SE*
7420 NW 41 Ct
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

 

                                                      Robertson, Anschutz, Schneid, Crane &
                                                      Partners, PLLC
                                                      Authorized Agent for Secured Creditor
                                                      6409 Congress Ave., Suite 100
                                                      Boca Raton, FL 33487
                                                      Telephone: 561-241-6901
                                                      Facsimile: 561-997-6909

                                                      By: */s/April Harriott*
                                                      April Harriott, Esquire
                                                      Florida Bar Number 37547
                                                      Email: aharriott@raslg.com