Certificate Number: 03621-FLS-DE-036283557

Bankruptcy Case Number: 21-20622


03621-FLS-DE-036283557

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2022, at 4:51 o'clock PM EST, Samuel F Worrell completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   January 24, 2022         By:    /s/Mohan Lalwani

                                 Name:  Mohan Lalwani

                                 Title: Counselor