UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
SAMUEL F. WORRELL
Debtor

Case No.:21-20622-PDR
Chapter 13

**DEBTOR'S RENEWED OBJECTIONS,
AND MOTION TO STRIKE FILINGS BY INTERLOPER NONPARTY
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,
and HSBC Bank, USA, N.A., ("*NEWREZ LLC*");
AND DEBTOR'S OBJECTIONS TO MODIFICATION OF THE § 362 STAY**

NOW COMES, SAMUEL F. WORRELL, Debtor in the above captioned bankruptcy case and Plaintiff in the associated Adversary Proceedings (Case No.: 21-01382) commenced against **DITECH FINANCIAL SERVICING LLC and its local foreclosure attorneys, namely ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**, and hereby renews his previously stated objections and request to strike knowingly deceptive, unauthorized, bad faith filings by **Newrez LLC**, an **interloper nonparty** in these proceedings, and in support thereof Debtor states:

1. On Friday 11/05/21, the Debtor filed his Chapter 13 bankruptcy petition with this Court, Case No.: 21-20622-PDR, thereby halting **DEFENDANTS DITECH FINANCIAL LLC** and its local foreclosure attorneys **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC** (hereafter DEFENDANTS-DITECH, et al) from knowingly wrongfully selling the Debtor's home as planned on Monday, 11/08/21.

2. On Thursday 11/18/21, ten days after the planned civil theft (intentionally and cleverly disguised as a legitimate foreclosure sale), Debtor opened Adversary Proceedings (AP)

- 1 -

Case No.: 21-01382 against the **DEFENDANTS DITECH, et al**, (DE # 15), that states: *"Complaint by Samuel Worrell against Ditech Financial Servicing LLC, et al."*.

3. On Thursday 11/18/21, the Clerk pursuant to DE # 16, served upon the named defendants (Ditech Financial Servicing LLC and its local foreclosure attorneys), with Summons saying in toto: *"Summons and Notice of Status Conference in an Adversary Proceeding. Summons Issued on Ditech Financial Servicing LLC, et al. Answer Due by 12/20/2021..."*.

4. The named defendants (Ditech Financial Servicing LLC, et al) each failed to answer the Summons.

5. Instead, a previously unknown entirely irrelevant new stranger entity called "Newrez LLC" suddenly appeared.

6. Although Newrez LLC has NOT previously, nor timely, communicated with the Debtor in connection with any alleged claims it believes it has, or intends to assert, against the Debtor.

7. Notwithstanding, that ordinarily to avoid ambush, it is fundamental, foundational, and axiomatic under normal rules governing civil disputes, that to possess a viable justiciable cause, and not to prematurely deprive the civil courts of jurisdiction, a legitimate creditor MUST first satisfy all applicable mandatory *"Conditions Precedent"*.

8. Accordingly, the audacious interloper nonparty Newrez LLC obviously **must** first provide to the Debtor sufficient legally notice (for due process with enough opportunity to perform) *BEFORE* pursuing any alleged claims against the Debtor.

9. Notably, prior to the Court imposed deadline on 01/14/22, neither Newrez LLC, Ditech Financial LLC, nor anyone else bogusly claiming "Secured Creditor" status has filed (or even asked for time to file) timely Proofs of Claim against the Debtor's Chapter 13 estate.

10. Additionally, the audacious, deceptive, interloper, Newrez LLC, has to carry the legal **burden of proof** and fully demonstrate to this Honorable Court, by competent material evidentiary support, how Newrez LLC indeed has met and satisfied all *essential* Conditions Precedent - prior to alleging *default, demand,* and *foreclosure*.

11. The audacious interloper and false creditor Newrez LLC in fact is legally barred from asserting untimely claims against the Debtor.

12. By intentionally ignoring its essential duties and basic prerequisite requirements under applicable consumer law, including both state federal fair credit and billing provisions governing and mandating *precisely* how and when consumers in Florida should be properly noticed and notified of claims a legitimate creditor intends to pursue against the Florida consumer.

13. Hence, by failing to properly or timely provide the Debtor with any prior notice of claims Newrez LLC believes it has, or intends to assert against the Debtor, nonparty Newrez LLC is self-disqualified from interloping, or otherwise impersonating Ditech LLC as the "Secured Creditor" and is barred from otherwise participating in the Debtor's bankruptcy case.

14. To avoid ambush proceedings the self-declared and self-serving unproven, allegation of Newrez LLC are meritless, and it is without grounds or legal standing in Debtor's bankruptcy case since it has effectively voluntarily waived the right to assert claim(s)

against Debtor by its own failures to satisfy minimal prior contacts, due process, basic consumer noticing requirements in Florida, and mandatory conditions precedent.

15. Accordingly, Newrez LLC is rightly legally barred from using ambush tactics against the Debtor, and from suddenly appearing in the Debtor's Chapter 13 bankruptcy case without any prior notice, demand, or request to the Debtor, and without a court hearing and preapproval sufficient to protect the Debtor's due process guarantees and basic constitutional right to notice, right to object, and right to appeal decisions allowing Newrez LLC to engage in unlawful ambush tactics or permitting it to impersonate others.

16. The nonparty interloper Newrez LLC is, by information and belief, is knowingly asserting false claims in the Debtor's bankruptcy case and is knowingly engaging in bankruptcy fraud which constitutes a serious federal criminal offence punishable by fines and imprisonment.

17. In light of these indisputable facts pertaining to Newrez LLC and its unauthorized bad faith filings absent the prerequisite preapproval form the Court, and prior notice or warning to the Debtor, its filings should be stricken as unauthorize under applicable state and federal basic consumer protections.

18. Moreover, Newrez LLC with its coconspirators, are ethically and legally precluded from seeking aid or facility from this Honorable Court, to continue or advance its deliberately deceitful scheme, and the Court cannot continence or support it.

19. The nonparty interloper, Newrez LLC, is relying entirely on self-serving unsubstantiated claims and ambush tactics purely intended to violate the Debtor's most basic Constitutional Right to due process merely to engage in continued deceptions, blatant fraud, and false pretenses.

WHEREFORE, Newrez LLC clearly is an unauthorized nonparty in Debtor's bankruptcy proceedings Case No.: 21-20622-PDR, and his AP lawsuit against **DITECH FINANCIAL SERVICING LLC** and its local foreclosure attorneys, namely **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC.** Hence, each bad faith unauthorized filing by nonparty interloper – Newrez LLC, without first seeking and obtaining the Court's preapproval, should be stricken from the record as unauthorized, including:

### See Exhibit A[1]

(a) DE's # 13 & 14 on 11/11/21; DE # 20 on 12/10/21, *Objection to Confirmation of Chapter 13 Plan*; and DE # 26 on 01/19/22, *Motion for Relief from Stay* (to continue with its fraudulent schemes against the Debtor), particularly its bald, facially false, unprovable, legally untenable, blatantly impossible, bogus claims that the unauthorized interloper nonparty stranger-entity Newrez LLC somehow is a ... ***"Secured Creditor [that] holds a security interest in the Debtor's real property..."***. (¶ 2). And further, that this Honorable Court strike from the record, as unauthorized, self-serving, and disingenuous:

(b) Doc. 9 on 12/17/21; *Motion to Dismiss with Prejudice Debtors AP lawsuit against Ditech Financial LLC*, as filed by an entirely irrelevant entity, nonparty interloper Newrez LLC.

Dated / signed: Friday, January 28, 2022.  Signed: _____
SAMUEL F. WORRELL PLAINTIFF-DEBTOR, pro se.
7420 N.W. 41 COURT., LAUDERHILL, FLORIDA 33319
(954)401-4743

---

[1] Law Office Robertson, Anschutz, Schneid, Crane & Partners, PLLC are stating in State Court that Ditech Financial LLC is the secure creditor for this mortgage and in Federal Court, the same law firm is arguing that Newrez is the secure creditor for this mortgage. Neither of the listed secure creditors is showing any proof for the claim of secure creditor.

## CERTIFICATE OF SERVICE

I hereby certify that Service of a copy of this filing was furnished to the **Attorneys for Ditech Financial Servicing, LLC, et al**, as listed on the service list below, via United States Postal (USPS) 'First Class Mail', and / or e-mailed in accordance with the corresponding addresses listed therein, on the 31st day of January 2022.

Signed: _____
SAMUEL WORRELL PLAINTIFF-DEBTOR, pro se.
7420 N.W. 41 COURT., LAUDERHILL, FLORIDA 33319

### SERVICE LIST

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC

**Attorneys for Ditech Financial Servicing, LLC, et al**,
6409 Congress Ave, Suite100
Boca Raton, Florida, 33487
Attn: Marni Sachs
Marni Sachs, Esquire
Attn: Scott Brown
Scott Brown, Esquire
Florida Bar No.88187
Communication Email: sbrown@raslg.com

Filing # 137909297 E-Filed 11/04/2021 01:12:55 PM

**BROWARD DAILY BUSINESS REVIEW**
Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA COUNTY
OF BROWARD:

Before the undersigned authority personally appeared SCHERRIE A. THOMAS, who on oath says that he or she is the LEGAL CLERK, of the Broward Daily Business Review f/k/a Broward Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

CACE-16-001954
NOTICE OF FORECLOSURE SALE
DITECH FINANCIAL LLC, ETC.
VS. SAMUEL H. WORRELL, ET AL.

in the CIRCUIT Court,
was published in said newspaper in the issues of

10/25/2021 11/01/2021

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida and that the said newspaper has heretofore been continuously published in said Broward County, Florida each day (except Saturday, Sunday and Legal Holidays) and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*(signature)*

Sworn to and subscribed before me this
1 day of NOVEMBER, A.D. 2021

*(signature)*

(SEAL)
SCHERRIE A. THOMAS personally known to me

BARBARA JEAN COOPER
Notary Public - State of Florida
Commission # GG 292953
My Comm. Expires Jan 71, 2023
Bonded through National Notary Assn.

**NOTICE OF FORECLOSURE SALE**
IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO. CACE-16-001954
DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC,
Plaintiff,
vs.
SAMUEL H. WORRELL AND DONNA L. WORRELL A/K/A DONNA GIBSON, et al
Defendant(s).
NOTICE IS HEREBY GIVEN pursuant to a Final Judgment of Foreclosure dated February 21, 2018, and entered in CACE-16-001954 of the Circuit Court of the SEVENTEENTH Judicial Circuit in and for Broward County, Florida, wherein DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC is the Plaintiff and SAMUEL F. WORRELL; DONNA L WORRELL A/K/A DONNA GIBSON are the Defendant(s). BRENDA D. FORMAN as the Clerk of the Circuit Court will sell to the highest and best bidder for cash at www.broward.realforeclose.com, at 10:00 AM, on November 09, 2021, the following described property as set forth in said Final Judgment, to wit:
LOT 6, BLOCK 1, OF BOULEVARD NORTH ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 92, PAGE 18 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA
Property Address: 7420 NW 41ST CT, LAUDERHILL, FL 33319
Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim in accordance with Florida Statutes, Section 45.031.
Dated this 19 day of October, 2021.
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
Service Email: flmail@raslg.com
By: **JAMES HUTTON, ESQUIRE**
Florida Bar No. 88662
Communication Email:
jhutton@raslg.com
IMPORTANT

SEE ATTACHED

16-001954

If you are a person with a disability who needs any accommodation in order to participate in third proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room WW20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.
15-078917 - MaS
10/25 11/1    21-49/0000558489B

2/2

Filing # 134596335 E-Filed 09/14/2021 06:32:13 PM

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE16001954   DIVISION 11   JUDGE Andrea Gundersen

**Ditech Financial LLC**

Plaintiff(s) / Petitioner(s)

v.

**Samuel H Worrell, et al**

Defendant(s) / Respondent(s)

_____/

## ORD SETTING/RESETTING FORECLOSURE SALE

UPON Motion of the Plaintiff, DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, and the Court being duly advised via Zoom Hearing on September 8, 2021, where no Defendant appeared despite proper notice, it is hereby:

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Reschedule Foreclosure Sale is hereby **GRANTED**.

2. The public sale scheduled to be held in this action on February 12, 2020 is hereby rescheduled pursuant to the provisions of the Final Judgment entered in this action on February 21, 2018. The Clerk is directed to set a public sale on the property on the first available sale date, to wit: **NOVEMBER 9, 2021, at** 10:00 AM, at www.broward.realforeclose.com.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 09-14-2021.

CACE16001954 09-14-2021 4:37 PM

CACE16001954 09-14-2021 4:37 PM

Hon. Andrea Gundersen
**CIRCUIT JUDGE**
Electronically Signed by Andrea Gundersen

**Copies Furnished To:**
JONATHAN IAN MEISELS , E-mail : FLmail@raslg.com
Marni Sachs , E-mail : Efile@rasflaw.com
Marni Sachs , E-mail : msachs@rasflaw.com

CaseNo: CACE16001954
Page 2 of 2

Samuel H Worrell , E-mail : sammyhw@bellsouth.net
Scott A Brown , E-mail : sbrown@rasflaw.com
Scott A Brown , E-mail : mail@rasflaw.com