UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                                            CASE NO.: 21-20622-PDR
                                                                                                            CHAPTER 13

Samuel Fitzgerald Worrell,
Debtor

_____/

RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 1-1

NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Claim No. 1 ("Objection") (DE 30), and in support thereof states as follows:

1. Secured Creditor holds an interest in Debtors' real property located at 7420 NW 41 Court, Lauderhill, FL 33319.

2. Secured Creditor timely filed its Proof of Claim No. 1 on January 12, 2022 with a total debt of $598,576.01 and arrears totaling $197,844.29.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

4. On January 31, 2022, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim.

5. Secured Creditor's Proof of Claim is valid in its total claim amount including arrears. Therefore, the Court should overrule the Objection.

6. Secured Creditor's Proof of Claim includes a valid Assignment of Mortgage. Therefore, any arguments that Secured Creditor lacks standing is moot. The Court should overrule the Objection.

7. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

WHEREFORE, Secured Creditor respectfully requests that this Honorable Court overrules Debtors' objection and allows Secured Creditor's Proof of Claim as filed so as to preserve Creditor's Claim should any further amendments to Debtors' Plan alter Creditor's treatment, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: _/s/ *April G. Harriott*_
    April G. Harriott, Esquire
    Email: aharitt@raslg.com
    FL Bar Number: 37547

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2022, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Samuel Fitzgerald Worrell
7420 NW 41 Court
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/ *April G. Harriott*
        April G. Harriott, Esquire
        Email: aharriott@raslg.com
        FL Bar Number: 37547