UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          CASE NO.: 21-20622
**Samuel Fitzgerald Worrell**,                            CHAPTER 13
   Debtor.
_____/

**Samuel Fitzgerald Worrell**,

   Plaintiff,

vs.

NEWREZ LLC D/B/A Shellpoint
Mortgage Servicing,

   Defendant.
_____/

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on February 17, 2022, I caused a true and correct copy of the Amended Order Setting Evidentiary Hearing And Establishing Related Deadlines (Re: #26) **(DE# 42)** to be served via United States Mail to the following parties:

**Samuel Fitzgerald Worrell**
7420 NW 41 Court
Lauderhill, FL 33319

**Donna L Worrell**
7420 NW 41 Court
Lauderhill, FL 33319

**Robin R Weiner**
POB 559007
Fort Lauderdale, FL 33355

**Office of the US Trustee**
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        6409 Congress Ave., Suite 100
                                        Boca Raton, FL 33487
                                        Telephone: 561-241-6901
                                        Facsimile: 561-997-6909

                                        By: /s/April Harriot
                                        April Harriott, Esquire
                                        Florida Bar Number 37547
                                        Email: aharriott@raslg.com