**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:  CASE NO.: 21-20622-PDR
 CHAPTER 13

**Samuel Fitzgerald Worrell,**

        **Debtor.**

_____/

**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S WITNESS AND EXHIBIT LIST**

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), by and through its undersigned counsel, and files this Witness and Exhibit List for Trial, and states as follows:

**WITNESS LIST**

1. Representative of the Secured Creditor, Kenneth Davis, will testify as to the business records of the Secured Creditor and how those records are kept and maintained in the normal course of Secured Creditor's business. Representative of Secured Creditor may also testify as to the fact that a default occurred and the amounts due and owing, and the representative will also testify as to Creditor's servicing of Debtor's loan and Creditor's business records.

2. All witnesses listed by the Debtor.

3. Rebuttal and impeachment witnesses.

4. Any person(s) listed on the Note, Mortgage, and Assignment of Mortgage.

5. The Creditor reserves the right to call any witness listed and/or called by any other party and reserves the right to supplement this Witness List with additional witnesses as they become known or necessary, upon proper notice to the other parties.

**EXHIBIT LIST**

1. Motion for Relief from Stay filed by Secured Creditor on January 19, 2022 (DE# 26).

2. Claim One (1) filed by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING filed on January 12, 2022.

3. Debtor's Objection to Claim of 1-1 NewRez LLC d/b/a Shellpoint Mortgage Servicing filed on January 31, 2022 (DE# 30).

4. Secured Creditor's Response to Objection to Claim filed on February 4, 2022 (DE# 36).

5. Secured Creditor's Insurance Notices.

6. All exhibits listed by Debtor.

7. All pleadings and attachments/exhibits thereto and all documents contained in court file for subject action.

8. All impeachment and rebuttal exhibits.

9. Any pleadings or documents filed in any bankruptcy proceeding involving any borrower(s) of the subject Note or Mortgage, any Plaintiff, or any owner of the subject property.

10. Any and all documents produced by Creditor or Debtor in response to discovery requests.

11. The Creditor reserves the right to utilize any exhibit listed by any other party and further reserves the right to supplement this Exhibit List with additional exhibits as they become known and/or necessary, upon proper notice to the other parties.

        ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909

        By: /s/April Harriott
        April Harriott, Esquire
        Florida Bar Number 37547
        Email: aharriott@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 22, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Samuel Fitzgerald Worrell
7420 NW 41 Court
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                      ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
                      Attorney for Secured Creditor
                      6409 Congress Ave., Suite 100
                      Boca Raton, FL 33487
                      Telephone: 561-241-6901
                      Facsimile: 561-997-6909

                      By: /s/April Harriott
                      April Harriott, Esquire
                      Florida Bar Number 37547
                      Email: aharriott@raslg.com