# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

IN RE:  CASE NO.: 21-20622-PDR
CHAPTER 13

**Samuel Fitzgerald Worrell,**

      **Debtor.**

_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:
[ ] Plaintiff     [ ] Defendant     [ ] Debtor     [ x ] Other

Date of Hearing/Trial:     February 25, 2022, at 10:00 AM
Type of Hearing/Trial:     Evidentiary Hearing
SUBMITTED BY:     ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, P
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547

| Exhibit # | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Motion for Relief from Stay filed by Secured Creditor on January 19, 2022 (DE# 26). | | | |
| 2 | Claim One (1) filed by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING filed on January 12, 2022. | | | |
| 3 | Debtor's Objection to Claim of 1-1 NewRez LLC d/b/a Shellpoint Mortgage Servicing filed on January 31, 2022 (DE# 30). | | | |
| 4 | Secured Creditor's Response to Objection to Claim filed on February 4, 2022 (DE# 36). | | | |
| 5 | Secured Creditor's Insurance Notices | | | |
| 6 | All exhibits listed by Debtor. | | | |

| | | | | |
|---|---|---|---|---|
| 7 | All pleadings and attachments/exhibits thereto and all documents contained in court file for subject action. | | | |
| 8 | All impeachment and rebuttal exhibits. | | | |
| 9 | Any pleadings or documents filed in any bankruptcy proceeding involving any borrower(s) of the subject Note or Mortgage, any Plaintiff, or any owner of the subject property. | | | |
| 10 | The Creditor reserves the right to utilize any exhibit listed by any other party and further reserves the right to supplement this Exhibit List with additional exhibits as they become known and/or necessary, upon proper notice to the other parties. | | | |

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on February 22, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Samuel Fitzgerald Worrell
7420 NW 41 Court
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

            ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
            & PARTNERS, PLLC
            Attorney for Secured Creditor
            6409 Congress Ave., Suite 100
            Boca Raton, FL 33487
            Telephone: 561-241-6901
            Facsimile: 561-997-6909

            By: /s/April Harriott
            April Harriott, Esquire
            Florida Bar Number 37547
            Email: aharriott@raslg.com