**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:  CASE NO.: 21-20622-PDR
Samuel Fitzgerald Worrell,  CHAPTER 13
Debtor.
_____/

**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S SUPPLEMENTAL WITNESS AND EXHIBIT LIST**

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), by and through its undersigned counsel, and files this Witness and Exhibit List for Trial, and states as follows:

**WITNESS LIST**

1. Representative of the Secured Creditor, Kenneth Davis, will testify as to the business records of the Secured Creditor and how those records are kept and maintained in the normal course of Secured Creditor's business. Representative of Secured Creditor may also testify as to the fact that a default occurred and the amounts due and owing, and the representative will also testify as to Creditor's servicing of Debtor's loan and Creditor's business records.

2. All witnesses listed by the Debtor.

3. Rebuttal and impeachment witnesses.

4. Samuel Fitzgerald Worrell aka Samuel H. Worrell

5. The Creditor reserves the right to call any witness listed and/or called by any other party and reserves the right to supplement this Witness List with additional witnesses as they become known or necessary, upon proper notice to the other parties.

**EXHIBIT LIST**

1. Motion for Relief from Stay filed by Secured Creditor on January 19, 2022 (DE# 26).
2. Claim One (1) filed by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING filed on January 12, 2022.
3. Debtor's Objection to Claim of 1-1 NewRez LLC d/b/a Shellpoint Mortgage Servicing filed on January 31, 2022 (DE# 30).
4. Secured Creditor's Response to Objection to Claim filed on February 4, 2022 (DE# 36).
5. Secured Creditor's Insurance Notices.
6. Secured Creditor's Final Foreclosure Judgement dated February 21, 2018 (DE# 33)
7. Secured Creditor's Loan Modification Denial Letter dated January 28, 2020.
8. All exhibits listed by Debtor.
9. All pleadings and attachments/exhibits thereto and all documents contained in court file for subject action.
10. All impeachment and rebuttal exhibits.
11. Any pleadings or documents filed in any bankruptcy proceeding involving any borrower(s) of the subject Note or Mortgage, any Plaintiff, or any owner of the subject property.
12. The Creditor reserves the right to utilize any exhibit listed by any other party and further reserves the right to supplement this Exhibit List with additional exhibits as they become known and/or necessary, upon proper notice to the other parties.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
& PARTNERS, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email: aharriott@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 4, 2022, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Samuel Fitzgerald Worrell
7420 NW 41st Court
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

        ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
        & PARTNERS, PLLC
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909

        By: /s/April Harriott
        April Harriott, Esquire
        Florida Bar Number 37547
        Email: aharriott@raslg.com