UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                         CASE NO.: 21-20622-PDR
                                                               CHAPTER 13

**Samuel Fitzgerald Worrell,**

           **Debtor.**
_____/

**SUPPLEMENTAL EXHIBIT REGISTER**

Exhibits Submitted on behalf of:
[ ] Plaintiff        [ ] Defendant       [ ] Debtor         [ x ] Other

| | |
|---|---|
| Date of Hearing/Trial: | March 15, 2022, at 10:00 AM |
| Type of Hearing/Trial: | Evidentiary Hearing |
| SUBMITTED BY: | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC. |
| | 6409 Congress Ave., Suite 100 |
| | Boca Raton, FL 33487 |
| | Telephone: 561-241-6901 |
| | By: /s/April Harriott |
| | April Harriott, Esquire |
| | Florida Bar Number 37547 |

| Exhibit # | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Motion for Relief from Stay filed by Secured Creditor on January 19, 2022 (DE# 26). | | | |
| 2 | Claim One (1) filed by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING filed on January 12, 2022. | | | |
| 3 | Debtor's Objection to Claim of 1-1 NewRez LLC d/b/a Shellpoint Mortgage Servicing filed on January 31, 2022 (DE# 30). | | | |
| 4 | Secured Creditor's Response to Objection to Claim filed on February 4, 2022 (DE# 36). | | | |
| 5 | Secured Creditor's Insurance Notices | | | |
| 6 | Secured Creditor's Final Foreclosure Judgement dated February 21, 2018 (DE# 33) | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Secured Creditor's Loan Modification Denial Letter dated January 28, 2020. | | | |
| 8 | All exhibits listed by Debtor. | | | |
| 9 | All pleadings and attachments/exhibits thereto and all documents contained in court file for subject action. | | | |
| 10 | All impeachment and rebuttal exhibits. | | | |
| 11 | Any pleadings or documents filed in any bankruptcy proceeding involving any borrower(s) of the subject Note or Mortgage, any Plaintiff, or any owner of the subject property. | | | |
| 12 | The Creditor reserves the right to utilize any exhibit listed by any other party and further reserves the right to supplement this Exhibit List with additional exhibits as they become known and/or necessary, upon proper notice to the other parties. | | | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 4, 2022, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Samuel Fitzgerald Worrell
7420 NW 41 Court
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE &
PARTNERS, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email: aharriott@raslg.com