**Exhibit Cover Sheet**

**Party submitting: <u>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING</u> Ex.# <u>5</u>**

**Admitted: Yes or No (circle one)**

**Debtor:  <u>Samuel Fitzgerald Worrell</u>**

**Case No.:  21-20622-PDR**

**Nature of Hearing**

**Docket No:  [DE-26]**

**<u>Secured Creditor's Motion for Relief from Stay</u>**

**United States Bankruptcy Court**

**Southern District of Florida**

**Dated _____ , 2022.**

**By:_____, Deputy Clerk**

SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319



Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

January 30, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:      SAMUEL H WORRELL DONNA L WORRELL
███████████████████████

Property/Collateral: 7420 NW 41ST CT
                     LAUDERHILL, FL 33319

Dear Client:

The Flood Disaster Protection Act of 1973 requires that flood insurance be purchased and maintained on mortgage loans, for the life of the loan for buildings located in a Special Flood Hazard Area (SFHA). This applies to loans from lending institutions that are under the jurisdiction of the federal regulatory agency. **It has been determined that your property, on which we hold the mortgage loan, is located in a SFHA and, therefore, you are required by law to have a flood insurance policy.** The law defines adequate coverage to be, at a minimum, the LESSER of:

      a) The outstanding principal balance of the loans secured by this property; or
      b) Insurable value of the structure*; or
      c) The maximum coverage available under the National Flood Insurance Program ($250,000 for residential dwellings or $500,000 for commercial properties).

**Note*: The insurable value of the building(s) on the property depends on the type of collateral securing the loan(s) and the payout conditions under the insurance policy. For example, under an NFIP flood insurance policy, if the building is your principal residence, the insurable value is typically the replacement cost value of the building, subject to a limit of $250,000. If the building is a vacation or second home where you reside less than 80% of the time, the insurable value is typically the actual cash value of the building, subject to a limit of $250,000. Actual cash value is the replacement cost value of the building minus depreciation.**

Visit https://www.ExpressInsuranceInfo.com/2919836 to update or provide electronic property insurance information on your mortgage.

FLDWRN                    TTY Service is available by contacting 711                    v.01/01/2017

████████████████                                                    ████████



PO Box 7050  Troy MI 48007-7050

We do not have any evidence in your mortgage loan file of you having a current flood insurance policy on your property. If you have already purchased flood insurance or your home is in a condominium or townhouse that is covered by a master policy, please send a copy of the most current coverage to the address above. Please have your agent include the following mortgagee clause on the policy: Shellpoint Mortgage Servicing, ISAOA / ATIMA. Flood insurance that provides the same level of coverage as a standard flood insurance policy under the NFIP may be available from a private insurance company that issues policies on behalf of the company. **If we do not receive evidence of a flood insurance policy in effect on this property within the next 45 days, we will be required to obtain a lender-placed flood policy on your behalf.** This premium may be paid out of your escrow account. If you do not have an escrow account, one may be set up for you and your payments will be adjusted accordingly. The rates may be considerably higher than those that you could obtain by yourself. This insurance will provide coverage for the structure only and will not provide coverage for your personal property, contents, or any liability. This coverage will be placed at the minimum coverage amount as stated above and may not be sufficient to rebuild the property in the case of a significant or total flood loss.

If you desire to maintain your own policy, an escrow account can be established and we can advance the premium due if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.

Though we are authorized to take this action by federal law, it is one of last resort. We encourage you to secure insurance through a company of your choice. If you have already provided evidence of insurance in the last 7 days, please disregard this request. If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:     (248) 878-2370



Private Flood Disclosure:

Federal law requires that a lender accept a private flood insurance policy as defined in the law. If you purchase a private flood insurance policy, we may be required to review the policy to determine if the policy is acceptable based upon the law or other guidelines.

SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

BROWN & BROWN - PREMIER
PO BOX 101267
FT LAUDERDALE FL 33310-1267







PO Box 7050  Troy MI 48007-7050

January 23, 2020

BROWN & BROWN - PREMIER
PO BOX 101267
FT LAUDERDALE, FL 33310-1267

Borrower Name:       SAMUEL H WORRELL
Co-Borrower:          DONNA L WORRELL
Property Address:    7420 NW 41ST CT
                             LAUDERHILL, FL 33319

Dear BROWN & BROWN - PREMIER:

This is to inform you that Shellpoint Mortgage Servicing services the 1st mortgage on the property referenced above. Please list the mortgagee endorsement on the policy for the referenced mortgage loan as follows:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050
Loan Number: 0579397389

Note that ACORD forms are not accepted. Shellpoint Mortgage Servicing requires the policy declarations page or a copy of the full policy as evidence of insurance. **To comply with the terms of your mortgage, please be certain that this change is applied to the policy, and mail an updated copy to the above address.**

Your prompt response in supplying this information is very important. Our contact information is below. Please call today if you have difficulty providing this information, or if you have any questions.

Insurance Department
Shellpoint Mortgage Servicing

Phone:        (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:           (248) 878-2370

If your obligation for this account was previously discharged in a bankruptcy proceeding, and if the obligation was not reaffirmed, this letter is being sent for informational purposes only. We are not attempting to collect, recover, or offset the discharge debt as your personal liability.
MtgClausP                              TTY Service is available by contacting 711                              02/22/2017










**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

March 2, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:      SAMUEL H WORRELL DONNA L WORRELL

Property/Collateral: 7420 NW 41ST CT
                                LAUDERHILL, FL 33319

Dear Client:

A month ago, we notified you that because your property is located in a Special Flood Hazard Area, federal law requires that your property be covered by a flood insurance policy. The law defines adequate coverage to be, at a minimum, the LESSER of:

  a) The outstanding principal balance of the loans secured by this property; or
  b) Insurable value of the structure*; or
  c) The maximum coverage available under the National Flood Insurance Program ($250,000 for residential dwellings or $500,000 for commercial properties).

Note*: The insurable value of the building(s) on the property depends on the type of collateral securing the loan(s) and the payout conditions under the insurance policy. For example, under an NFIP flood insurance policy, if the building is your principal residence, the insurable value is typically the replacement cost value of the building, subject to a limit of $250,000. If the building is a vacation or second home where you reside less than 80% of the time, the insurable value is typically the actual cash value of the building, subject to a limit of $250,000. Actual cash value is the replacement cost value of the building minus depreciation.

**In the letter, you were notified that if we did not receive proof of an active flood policy from you within 45 days from that letter, we would be required to obtain a lender-placed flood insurance policy for you**. This is to remind you that if we do not receive proof of an active flood policy within 15 days, we will be required to obtain a lender-placed flood insurance policy for your property. Please send a copy of the policy to the address above. Please have your agent include the following mortgagee clause on the policy: Shellpoint Mortgage Servicing, ISAOA / ATIMA.

Visit https://www.ExpressInsuranceInfo.com/2919836 to update or provide electronic property insurance information on your mortgage.







PO Box 7050  Troy MI 48007-7050

In the event that we have to obtain lender-placed coverage, the cost of the coverage may be significantly higher than the premium that could be obtained by you if you were to contact your local agent or carrier. The coverage we obtain will cover the structure only and will not provide coverage for personal property, contents or any liability coverage. This coverage will be placed at the minimum adequate coverage amount as stated above and may not be sufficient to rebuild the property in the case of a significant or total flood loss.

If you desire to maintain your own policy, an escrow account can be established and we can advance the premium due if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information. Again, we recommend that you contact your insurance agent to arrange for coverage. If you have already provided evidence of insurance in the last 7 days, please disregard this request. If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:    (248) 878-2370





# Private Flood Disclosure:

Federal law requires that a lender accept a private flood insurance policy as defined in the law. If you purchase a private flood insurance policy, we may be required to review the policy to determine if the policy is acceptable based upon the law or other guidelines.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

February 6, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:     **Please provide insurance information for:**
             **Property Address:** 7420 NW 41ST CT
                           LAUDERHILL, FL 33319 0000

Dear SAMUEL H WORRELL DONNA L WORRELL:

Our records show that your hazard insurance expired and we do not have evidence that you have obtained new coverage. **Because hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

The insurance we buy:

- **May be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**







PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:      (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:        (248) 878-2370







PO Box 7050  Troy MI 48007-7050

## SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

March 9, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:      **Second and final notice - please provide insurance information for:**
              **Property Address:** 7420 NW 41ST CT
                                    LAUDERHILL, FL 33319 0000

Dear SAMUEL H WORRELL DONNA L WORRELL:

This is your **second and final notice** that our records show that your hazard insurance has expired and we do not have evidence that you have obtained new coverage. **Because hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

The insurance we buy:

- **Will cost an estimated $4,929.00 annually, which may be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**







PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:        (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:          (248) 878-2370







PO Box 7050  Troy MI 48007-7050

SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

March 18, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:    SAMUEL H WORRELL DONNA L WORRELL
████████████████████████████

Property/Collateral: 7420 NW 41ST CT
                     LAUDERHILL, FL  33319 0000

Dear Client:

This letter is to inform you that a lender-placed flood insurance policy has been obtained on your behalf. This policy will cover the above property you financed with this institution, as required by the Flood Protection Act of 1973.

We notified you on two previous occasions, explaining your need to have flood insurance coverage and explaining your options, but we have not received proof of an active flood insurance policy from you. As a result, we had no choice but to obtain lender-placed flood insurance for you. The cost of the coverage may be significantly higher than the premium that could be obtained if you were to contact your local agent or carrier. The coverage we placed will cover the structure only and will not provide personal property, contents, or any liability coverage. This coverage has been placed at the minimum adequate coverage amount and may not be sufficient to rebuild the property in the case of a significant or total flood loss.

Enclosed is the evidence of flood insurance page for the lender-placed policy purchased on your behalf, which explains the amount of coverage, the cost, and some limitations to the coverage. You may furnish us with proof of replacement coverage at any time by sending a copy of the policy to the address above. Should you choose to do so, we will cancel the coverage we have obtained on your behalf. If applicable, any refund obtained will be applied to the escrow account and will be readjusted to reflect the refund amount.

Visit https://www.ExpressInsuranceInfo.com/2919836 to update or provide electronic property insurance information on your mortgage.

FLDBND              TTY Service is available by contacting 711              v.01/01/2017







PO Box 7050  Troy MI 48007-7050

If at any time you desire to maintain your own policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:     (248) 878-2370





## LENDER-PLACED INSURANCE
## EVIDENCE OF FLOOD INSURANCE

INSURED: SAMUEL H WORRELL DONNA L WORRELL

MORTGAGEE: SHELLPOINT MORTGAGE SERVICING
ADDRESS: 75 Beattie Place, Suite 300
Greenville, SC  29601-0000

LOCATION OF
PROPERTY INSURED: 7420 NW 41ST CT
LAUDERHILL, FL  33319

REPORTED FLOOD ZONE: AH
FLOOD ZONE: CHRA

INSURED AMOUNT: $ 250,000.00

EFFECTIVE DATE: FROM:      01/17/2020  TO:  01/17/2021
OR UNTIL CANCELLED

ANNUAL PREMIUM: $3,745.08
(This is not an invoice.) (Including applicable taxes and fees)

The insurance coverage procured through the policy referenced above has been requested by the Mortgagee. The policy has been issued by Hamilton Insurance DAC in respect of coverage and limits ordered by the Mortgagee. All coverage is subject to the terms, conditions and exclusions expressed in the policy and is subject to a deductible as defined by the policy.

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY. IT DOES NOT
CONSTITUTE A LEGAL CONTRACT OF INSURANCE.





## Private Flood Disclosure:

Federal law requires that a lender accept a private flood insurance policy as defined in the law. If you purchase a private flood insurance policy, we may be required to review the policy to determine if the policy is acceptable based upon the law or other guidelines.













**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

November 30, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:        SAMUEL H WORRELL DONNA L WORRELL

██████████████████████

Property/Collateral: 7420 NW 41ST CT
                     LAUDERHILL, FL 33319 0000

Dear Client:

**Shellpoint Mortgage Servicing will be renewing the lender-placed flood coverage issued on your property in approximately 45 days, as required by the loan documents and federal law.** The law defines adequate coverage to be, at a minimum, the LESSER of:

 a) The outstanding principal balance of the loans secured by this property; or
 b) Insurable value of the structure*; or
 c) The maximum coverage available under the National Flood Insurance Program ($250,000 for residential dwellings or $500,000 for commercial properties).

Note*: The insurable value of the building(s) on the property depends on the type of collateral securing the loan(s) and the payout conditions under the insurance policy. For example, under an NFIP flood insurance policy, if the building is your principal residence, the insurable value is typically the replacement cost value of the building, subject to a limit of $250,000. If the building is a vacation or second home where you reside less than 80% of the time, the insurable value is typically the actual cash value of the building, subject to a limit of $250,000. Actual cash value is the replacement cost value of the building minus depreciation.

The policy placed by Shellpoint Mortgage Servicing provides flood loss coverage for the structure only and does not provide coverage for your contents, personal property, or liability. This coverage will be placed at the minimum adequate coverage amount as stated above and may not be sufficient to rebuild the property in the case of a significant or total flood loss. This coverage will automatically renew each year if we do not receive evidence you have obtained your own coverage.

Visit https://www.ExpressInsuranceInfo.com/2919836 to update or provide electronic property insurance information on your mortgage.







PO Box 7050  Troy MI 48007-7050

**The monthly premium for the renewed insurance coverage will be charged to your escrow account.** The premium cost may be higher than the premium for insurance you may be able to secure from your own sources. In addition, a policy you secure on your own may provide coverage for contents, personal property, and liability not covered by the lender-placed flood policy purchased for you by Shellpoint Mortgage Servicing. You may replace the lender-placed flood policy with a flood insurance policy that you purchase from an agent of your choosing. If the property is located in a community that participates in the NFIP flood insurance that provides the same level of coverage as a standard flood insurance policy under the NFIP may be available from a private insurance company that issues policies on behalf of the company. Please send us the declaration page of your replacement flood policy to the address above. Please have your agent include the following mortgagee clause on the policy: Shellpoint Mortgage Servicing, ISAOA / ATIMA.

If you desire to maintain your own policy, an escrow account can be established and we can advance the premium due if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:    (248) 878-2370





## Private Flood Disclosure.

Federal law requires that a lender accept a private flood insurance policy as defined in the law. If you purchase a private flood insurance policy, we may be required to review the policy to determine if the policy is acceptable based upon the law or other guidelines.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

March 25, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:        **Please provide insurance information for:**
               **Property Address:** 7420 NW 41ST CT
                                     LAUDERHILL, FL 33319 0000

Dear SAMUEL H WORRELL DONNA L WORRELL:

We have not received proof of hazard coverage on the above referenced property as required under the terms of your mortgage and as requested in our previous notices. Because of this, **it has become necessary to place lender-placed insurance coverage on your property.**

This policy provides limited coverage and is not comparable to a standard hazard policy. The policy does not provide coverage for personal property or owner's liability to protect your interest. **We strongly recommend that you obtain an insurance policy of your choice as soon as possible.**

The premium will be charged to your escrow account. If you do not have an escrow account, one will be set up for you. Your monthly payments will be adjusted to cover this cost. This policy may be cancelled at any time by giving us proof of other acceptable insurance.

If you obtain insurance of your own choosing at any time, please provide us with a copy. Once we receive and review your policy, we will cancel the insurance that we purchased and credit any unearned premium to your escrow account.

If at any time you desire to maintain your own policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.







PO Box 7050  Troy MI 48007-7050

If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:      (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:         (248) 878-2370





## LENDER-PLACED INSURANCE
## EVIDENCE OF HAZARD INSURANCE

NAMED INSURED:                 SHELLPOINT MORTGAGE SERVICING

ADDRESS:                       75 Beattie Place, Suite 300
                               Greenville, SC  29601-0000

LOCATION OF
PROPERTY INSURED:              7420 NW 41ST CT
                               LAUDERHILL, FL  33319

INSURED AMOUNT:                $ 300,000.00

EFFECTIVE DATE:                FROM:       01/25/2020  TO:  01/25/2021
                               OR UNTIL CANCELLED

ANNUAL PREMIUM:                $4,929.00
(This is not an invoice.)       (Including applicable taxes and fees)

The insurance coverage procured through the master policy(ies) referenced above has been requested by the Named Insured. The master policy(ies) has been issued by National Fire & Marine Ins Co in respect of coverage and limits ordered by the Named Insured. All coverage is subject to the terms, conditions and exclusions expressed in the policy(ies) and is subject to a deductible as defined by the policy(ies).

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy(ies) referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY. IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

December 8, 2020

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:        **Regarding hazard insurance information for:**
                **Property Address**: 7420 NW 41ST CT
                                LAUDERHILL, FL 33319 0000

Dear SAMUEL H WORRELL DONNA L WORRELL:

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy that we bought is scheduled to expire. **Because hazard insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

- **Will cost an estimated $4,929.00 annually, which may be significantly more expensive than insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you buy hazard insurance, you should immediately provide us with your insurance information.

We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050







PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:       (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:         (248) 878-2370







PO Box 7050  Troy MI 48007-7050

SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.











PO Box 7050  Troy MI 48007-7050

November 30, 2021

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:      SAMUEL H WORRELL DONNA L WORRELL

Property/Collateral: 7420 NW 41ST CT
                     LAUDERHILL, FL 33319 0000

Dear Client:

**Shellpoint Mortgage Servicing will be renewing the lender-placed flood coverage issued on your property in approximately 45 days, as required by the loan documents and federal law.** The law defines adequate coverage to be, at a minimum, the LESSER of:

  a) The outstanding principal balance of the loans secured by this property; or
  b) Insurable value of the structure*; or
  c) The maximum coverage available under the National Flood Insurance Program ($250,000 for residential dwellings or $500,000 for commercial properties).

Note*: The insurable value of the building(s) on the property depends on the type of collateral securing the loan(s) and the payout conditions under the insurance policy. For example, under an NFIP flood insurance policy, if the building is your principal residence, the insurable value is typically the replacement cost value of the building, subject to a limit of $250,000. If the building is a vacation or second home where you reside less than 80% of the time, the insurable value is typically the actual cash value of the building, subject to a limit of $250,000. Actual cash value is the replacement cost value of the building minus depreciation.

The policy placed by Shellpoint Mortgage Servicing provides flood loss coverage for the structure only and does not provide coverage for your contents, personal property, or liability. This coverage will be placed at the minimum adequate coverage amount as stated above and may not be sufficient to rebuild the property in the case of a significant or total flood loss. This coverage will automatically renew each year if we do not receive evidence you have obtained your own coverage.

Visit https://www.ExpressInsuranceInfo.com/2919836 to update or provide electronic property insurance information on your mortgage.







PO Box 7050  Troy MI 48007-7050

**The monthly premium for the renewed insurance coverage will be charged to your escrow account.** The premium cost may be higher than the premium for insurance you may be able to secure from your own sources. In addition, a policy you secure on your own may provide coverage for contents, personal property, and liability not covered by the lender-placed flood policy purchased for you by Shellpoint Mortgage Servicing. You may replace the lender-placed flood policy with a flood insurance policy that you purchase from an agent of your choosing. If the property is located in a community that participates in the NFIP flood insurance that provides the same level of coverage as a standard flood insurance policy under the NFIP may be available from a private insurance company that issues policies on behalf of the company. Please send us the declaration page of your replacement flood policy to the address above. Please have your agent include the following mortgagee clause on the policy: Shellpoint Mortgage Servicing, ISAOA / ATIMA.

If you desire to maintain your own policy, an escrow account can be established and we can advance the premium due if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:    (248) 878-2370

Visit https://www.ExpressInsuranceInfo.com/2919836 to update or provide electronic property insurance information on your mortgage.

FLDPRE                    TTY Service is available by contacting 711                    v.01/01/2017





Private Flood Disclosure:

Federal law requires that a lender accept a private flood insurance policy as defined in the law. If you purchase a private flood insurance policy, we may be required to review the policy to determine if the policy is acceptable based upon the law or other guidelines.













**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

January 19, 2021

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:     SAMUEL H WORRELL DONNA L WORRELL

Property/Collateral: 7420 NW 41ST CT
                     LAUDERHILL, FL 33319 0000

Dear Client:

**Shellpoint Mortgage Servicing has renewed the lender-placed flood coverage issued on your property, as required by the loan documents and federal law.** The law defines adequate coverage to be, at a minimum, the LESSER of:

   a) The outstanding principal balance of the loans secured by this property; or
   b) Insurable value of the structure*; or
   c) The maximum coverage available under the National Flood Insurance Program ($250,000 for residential dwellings or $500,000 for commercial properties).

Note*: The insurable value of the building(s) on the property depends on the type of collateral securing the loan(s) and the payout conditions under the insurance policy. For example, under an NFIP flood insurance policy, if the building is your principal residence, the insurable value is typically the replacement cost value of the building, subject to a limit of $250,000. If the building is a vacation or second home where you reside less than 80% of the time, the insurable value is typically the actual cash value of the building, subject to a limit of $250,000. Actual cash value is the replacement cost value of the building minus depreciation.

The policy placed by Shellpoint Mortgage Servicing provides flood loss coverage for the structure only and does not provide coverage for your contents, personal property, or liability. This coverage will be placed at the minimum adequate coverage amount as stated above and may not be sufficient to rebuild the property in the case of a significant or total flood loss. This coverage will automatically renew each year if we do not receive evidence you have obtained your own coverage.







PO Box 7050  Troy MI 48007-7050

**The monthly premium for the renewed insurance coverage will be charged to your escrow account.** The premium cost may be higher than the premium for insurance you may be able to secure from your own sources. In addition, a policy you secure on your own may provide coverage for contents, personal property, and liability not covered by the lender-placed flood policy purchased for you by Shellpoint Mortgage Servicing. You may replace the lender-placed flood policy with a flood insurance policy that you purchase from an agent of your choosing. If the property is located in a community that participates in the NFIP flood insurance that provides the same level of coverage as a standard flood insurance policy under the NFIP may be available from a private insurance company that issues policies on behalf of the company. Please send us the declaration page of your replacement flood policy to the address above. Please have your agent include the following mortgagee clause on the policy: Shellpoint Mortgage Servicing, ISAOA / ATIMA.

If you desire to maintain your own policy, an escrow account can be established and we can advance the premium due if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:    (248) 878-2370





## LENDER-PLACED INSURANCE
## EVIDENCE OF FLOOD INSURANCE

INSURED:            SAMUEL H WORRELL DONNA L WORRELL

MORTGAGEE:      SHELLPOINT MORTGAGE SERVICING
ADDRESS:           75 Beattie Place, Suite 300
                        Greenville, SC  29601-0000

LOCATION OF
PROPERTY INSURED:      7420 NW 41ST CT
                                LAUDERHILL, FL  33319

REPORTED FLOOD ZONE:     AH
FLOOD ZONE:                  CHRA

INSURED AMOUNT:        $ 250,000.00

EFFECTIVE DATE:         FROM:       01/17/2021  TO:  01/17/2022
                                OR UNTIL CANCELLED

ANNUAL PREMIUM:        $3,745.08
(This is not an invoice.)      (Including applicable taxes and fees)

The insurance coverage procured through the policy referenced above has been requested by the Mortgagee. The policy has been issued by Hamilton Insurance DAC in respect of coverage and limits ordered by the Mortgagee. All coverage is subject to the terms, conditions and exclusions expressed in the policy and is subject to a deductible as defined by the policy.

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY. IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.















PO Box 7050  Troy MI 48007-7050

December 8, 2021

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:        **Regarding hazard insurance information for:**
                **Property Address**: 7420 NW 41ST CT
                            LAUDERHILL, FL 33319 0000

█████████████████████████

Dear SAMUEL H WORRELL DONNA L WORRELL:

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy that we bought is scheduled to expire. **Because hazard insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

- **Will cost an estimated $4,929.00 annually, which may be significantly more expensive than insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you buy hazard insurance, you should immediately provide us with your insurance information.

We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050





# shellpoint
A DIVISION OF newrez

PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:      (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:         (248) 878-2370





# shellpoint
**A DIVISION OF newrez**

PO Box 7050  Troy MI 48007-7050

## SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

January 25, 2021

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:        **Please update insurance information for:**
                **Property Address:** 7420 NW 41ST CT
                                    LAUDERHILL, FL 33319 0000

████████████████████

Dear SAMUEL H WORRELL DONNA L WORRELL:

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy that we bought has expired. **Because hazard insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

- **Will cost an estimated $4,929.00 annually, which may be significantly more expensive than insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you buy hazard insurance, you should immediately provide us with your insurance information.

We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

████████████████          ██████          





**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:     (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:        (248) 878-2370







Shellpoint
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.





# LENDER-PLACED INSURANCE
## EVIDENCE OF HAZARD INSURANCE

███████████████████          ███████████

███████████████████          █████████

NAMED INSURED:               SHELLPOINT MORTGAGE SERVICING

ADDRESS:                     75 Beattie Place, Suite 300
                             Greenville, SC  29601-0000

██████████████              █████████

LOCATION OF
PROPERTY INSURED:            7420 NW 41ST CT
                             LAUDERHILL, FL  33319

INSURED AMOUNT:              $ 300,000.00

EFFECTIVE DATE:              FROM:      01/25/2021  TO:  01/25/2022
OR UNTIL CANCELLED

ANNUAL PREMIUM:              $4,929.00
(This is not an invoice.)    (Including applicable taxes and fees)

The insurance coverage procured through the master policy(ies) referenced above has been requested by the Named Insured. The master policy(ies) has been issued by National Fire & Marine Ins Co in respect of coverage and limits ordered by the Named Insured. All coverage is subject to the terms, conditions and exclusions expressed in the policy(ies) and is subject to a deductible as defined by the policy(ies).

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy(ies) referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY. IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.





SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

SAMUEL H WORRELL DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319







PO Box 7050  Troy MI 48007-7050

January 18, 2022

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Insured Name:        SAMUEL H WORRELL DONNA L WORRELL

█████████████████████

Property/Collateral: 7420 NW 41ST CT
                     LAUDERHILL, FL 33319 0000

Dear Client:

**Shellpoint Mortgage Servicing has renewed the lender-placed flood coverage issued on your property, as required by the loan documents and federal law.** The law defines adequate coverage to be, at a minimum, the LESSER of:

  a) The outstanding principal balance of the loans secured by this property; or
  b) Insurable value of the structure*; or
  c) The maximum coverage available under the National Flood Insurance Program ($250,000 for residential dwellings or $500,000 for commercial properties).

Note*: The insurable value of the building(s) on the property depends on the type of collateral securing the loan(s) and the payout conditions under the insurance policy. For example, under an NFIP flood insurance policy, if the building is your principal residence, the insurable value is typically the replacement cost value of the building, subject to a limit of $250,000. If the building is a vacation or second home where you reside less than 80% of the time, the insurable value is typically the actual cash value of the building, subject to a limit of $250,000. Actual cash value is the replacement cost value of the building minus depreciation.

The policy placed by Shellpoint Mortgage Servicing provides flood loss coverage for the structure only and does not provide coverage for your contents, personal property, or liability. This coverage will be placed at the minimum adequate coverage amount as stated above and may not be sufficient to rebuild the property in the case of a significant or total flood loss. This coverage will automatically renew each year if we do not receive evidence you have obtained your own coverage.







PO Box 7050  Troy MI 48007-7050

**The monthly premium for the renewed insurance coverage will be charged to your escrow account.** The premium cost may be higher than the premium for insurance you may be able to secure from your own sources. In addition, a policy you secure on your own may provide coverage for contents, personal property, and liability not covered by the lender-placed flood policy purchased for you by Shellpoint Mortgage Servicing. You may replace the lender-placed flood policy with a flood insurance policy that you purchase from an agent of your choosing. If the property is located in a community that participates in the NFIP flood insurance that provides the same level of coverage as a standard flood insurance policy under the NFIP may be available from a private insurance company that issues policies on behalf of the company. Please send us the declaration page of your replacement flood policy to the address above. Please have your agent include the following mortgagee clause on the policy: Shellpoint Mortgage Servicing, ISAOA / ATIMA.

If you desire to maintain your own policy, an escrow account can be established and we can advance the premium due if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company; (c) agree in writing to reimburse the escrow advances through regular escrow payments; (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at (877) 491-7277. We value you as our customer and look forward to resolving this matter.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone: (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:    (248) 878-2370





# LENDER-PLACED INSURANCE
## EVIDENCE OF FLOOD INSURANCE

INSURED:              SAMUEL H WORRELL DONNA L WORRELL

MORTGAGEE:            SHELLPOINT MORTGAGE SERVICING
ADDRESS:              75 Beattie Place, Suite 300
                      Greenville, SC  29601-0000

LOCATION OF
PROPERTY INSURED:     7420 NW 41ST CT
                      LAUDERHILL, FL  33319

REPORTED FLOOD ZONE:  AH
FLOOD ZONE:           CHRA

INSURED AMOUNT:       $ 250,000.00

EFFECTIVE DATE:       FROM:      01/17/2022  TO:  01/17/2023
                      OR UNTIL CANCELLED

ANNUAL PREMIUM:       $3,745.08
(This is not an invoice.)  (Including applicable taxes and fees)

The insurance coverage procured through the policy referenced above has been requested by the Mortgagee. The policy has been issued by  in respect of coverage and limits ordered by the Mortgagee. All coverage is subject to the terms, conditions and exclusions expressed in the policy and is subject to a deductible as defined by the policy.

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY. IT DOES NOT
CONSTITUTE A LEGAL CONTRACT OF INSURANCE.





Private Flood Disclosure.

Federal law requires that a lender accept a private flood insurance policy as defined in the law. If you purchase a private flood insurance policy, we may be required to review the policy to determine if the policy is acceptable based upon the law or other guidelines.











PO Box 7050  Troy MI 48007-7050

January 25, 2022

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL, FL 33319

Subject:          **Please update insurance information for:**
                  **Property Address:** 7420 NW 41ST CT
                                        LAUDERHILL, FL 33319 0000

████████████        ████████████

Dear SAMUEL H WORRELL DONNA L WORRELL:

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy that we bought has expired. **Because hazard insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

- **Will cost an estimated $4,929.00 annually, which may be significantly more expensive than insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you buy hazard insurance, you should immediately provide us with your insurance information.

We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:      (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:          (248) 878-2370







PO Box 7050  Troy MI 48007-7050

SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.





## LENDER-PLACED INSURANCE
## EVIDENCE OF HAZARD INSURANCE

NAMED INSURED:

ADDRESS:

LOCATION OF
PROPERTY INSURED:

INSURED AMOUNT:

EFFECTIVE DATE:
OR UNTIL CANCELLED

ANNUAL PREMIUM:
(This is not an invoice.)

SHELLPOINT MORTGAGE SERVICING

75 Beattie Place, Suite 300
Greenville, SC  29601-0000

7420 NW 41ST CT
LAUDERHILL, FL  33319

$ 300,000.00

FROM:        01/25/2022  TO:  01/25/2023

$4,929.00
(Including applicable taxes and fees)

The insurance coverage procured through the master policy(ies) referenced above has been requested by the Named Insured. The master policy(ies) has been issued by National Fire & Marine Ins Co in respect of coverage and limits ordered by the Named Insured. All coverage is subject to the terms, conditions and exclusions expressed in the policy(ies) and is subject to a deductible as defined by the policy(ies).

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy(ies) referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY. IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.



