**Exhibit Cover Sheet**

**Party submitting: NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Ex.# 6**

**Admitted: Yes or No (circle one)**

**Debtor:  Samuel Fitzgerald Worrell**

**Case No.:  21-20622-PDR**

**Nature of Hearing**

**Docket No:  [DE-26]**

**Secured Creditor's Motion for Relief from Stay**

**United States Bankruptcy Court**

**Southern District of Florida**

**Dated _____ , 2022.**

**By:_____, Deputy Clerk**

\*\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/21/2018 11:23:56 AM.\*\*\*\*

IN THE FLORIDA COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT OF
FLORIDA IN AND FOR BROWARD COUNTY
GENERAL JURISDICTION DIVISION
CASE NO: CACE-16-001954

DITECH FINANCIAL LLC F/K/A GREEN TREE
SERVICING LLC,
    Plaintiff,

vs.

SAMUEL H. WORRELL; DONNA L. WORRELL
A/K/A DONNA GIBSON; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR
ALIVE, WHETHER SAID UNKNOWN PARTIES
MAY CLAIM AN INTEREST AS SPOUSES,
HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS,
    Defendant(s).
_____/



## FINAL JUDGMENT OF ~~FORECLOSURE~~ Consent

    This action was tried before the court at a Non-Jury Trial on February 21, 2018. On the evidence presented. **IT IS ADJUDGED** that Plaintiff's Final Judgment is **GRANTED** against all defendants listed by name: SAMUEL H. WORRELL; DONNA L. WORRELL A/K/A DONNA GIBSON;

1. **Amounts Due.** Plaintiff, DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, whose address is c/o Ditech Financial LLC, 2100 East Elliot Rd Bldg 94, Attn: Mail Stop T325, Tempe, AZ 85284, is due:

| | |
|---|---:|
| Principal | $433,310.83 |
| Interest to date of this judgment: February 21, 2018 | $43,982.13 |
| Escrow Advance | $29,208.48 |
| Late Charges | $1,637.18 |
| Inspections | $180.00 |
| SUBTOTAL | $508,318.62 |
| **TOTAL SUM** | **$508,318.62** |

15-078917 - TaM
CACE-16-001954

That shall bear interest at a rate in accordance with section 55.03(3), Florida Statute

2. **Lien on Property.** Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Broward County, Florida:

   **LOT 6, BLOCK 1, OF BOULEVARD NORTH ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 92, PAGE 18 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA**

   <u>Property Address:</u> **7420 NW 41ST CT, LAUDERHILL, FL 33319**

3. **Sale of Property.** If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of this Court shall sell the property at public sale on the _21_ day of _June_, 20_17_, to the highest bidder for cash, except as prescribed in paragraph 4, at the courthouse located at 201 SE 6TH STREET, FORT LAUDERDALE, FL FL in Broward County, Florida, in accordance with section 45.031, Florida Statutes (2013), using the following method: *[handwritten: extended 120 days]*

   ☒ www.broward.realforeclose.com beginning at 10:00 AM

4. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. **Distribution of Proceeds.** On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. **Right of Redemption/Right of Possession.** On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, and defendant(s) right of redemption as prescribed by section 45.031<u>5</u>, Florida Statues (2013) shall be terminated, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.

7. **Jurisdiction Retained.** Jurisdiction is reserved over this action to enforce the Final Judgment and to enter further orders that are proper including, without limitation, an award of attorney's fees and costs, a deficiency decree (if sought and appropriate), writs of

15-078917 - TaM
CACE-16-001954

possession, orders granting leave to file supplemental and/or amended pleadings to add additional parties, and orders resolving any disputes with respect to assessments and/or other amounts allegedly due associations.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 201 SE 6TH STREET, FORT LAUDERDALE, FL 33301, WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT COAST TO COAST LEGAL AID OF SOUTH FLORIDA, INC., 491 N STATE ROAD 7, PLANTATION, FL 33317, PHONE: 954-736-2400 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT COAST TO COAST LEGAL AID OF SOUTH FLORIDA, INC. FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

**ORDERED** at FORT LAUDERDALE, BROWARD COUNTY, FLORIDA this 21st day of February, 2017.

_____
HONORABLE PRESIDING JUDGE

15-078917 - TaM
CACE-16-001954

COPIES FURNISHED TO:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
ATTORNEYS FOR PLAINTIFF
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487
PRIMARY EMAIL: MAIL@RASFLAW.COM

C. ANTHONY RUMORE, P.A.
STEVEN R. SERRA
ATTORNEY FOR SAMUEL H. WORRELL
C/O C. ANTHONY RUMORE, P.A.
515 SOUTHWEST 1ST AVENUE
FORT LAUDERDALE, FL 33301
PRIMARY EMAIL: PLEADINGS@RUMORELAW.COM

C. ANTHONY RUMORE, P.A.
STEVEN R. SERRA
ATTORNEY FOR DONNA L. WORRELL  A/K/A DONNA GIBSON
C/O C. ANTHONY RUMORE, P.A.
515 SOUTHWEST 1ST AVENUE
FORT LAUDERDALE, FL 33301
PRIMARY EMAIL: PLEADINGS@RUMORELAW.COM