**Exhibit Cover Sheet**

**Party submitting: NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Ex.# 7**

**Admitted: Yes or No (circle one)**

**Debtor:  Samuel Fitzgerald Worrell**

**Case No.:  21-20622-PDR**

**Nature of Hearing**

**Docket No:  [DE-26]**

**Secured Creditor's Motion for Relief from Stay**

**United States Bankruptcy Court**

**Southern District of Florida**

**Dated _____ , 2022.**

**By:_____, Deputy Clerk**



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Phone Number:** 866-214-5733
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

SAMUEL H WORRELL
DONNA L WORRELL
7420 NW 41ST CT
LAUDERHILL FL 33319-3902

| | |
|---|---|
| Principal Balance: | $302,331.95 |
| Property: | 7420 NW 41ST CT LAUDERHILL, FL 33319 |

01/28/2020

Dear Homeowners:

Thank you for contacting us about your mortgage. You were evaluated for mortgage payment assistance based on the eligibility requirements of Federal National Mortgage Association, the owner of your mortgage loan, whose address is 3900 Wisconsin Ave, NW, Washington, DC 20016-2892.

We evaluated you for the following loan modification product(s). Based on our review of your loan, property and financial circumstances, you are not eligible for the following loan modification due to the following reason(s):

- Standard Modification – Your loan is not eligible for a modification because your post-modification payment would be greater than your existing payment. In order to be eligible for this program, the post-modification payment must be less than the existing mortgage payment.

**Other potential options to avoid foreclosure.** We understand that you may be facing financial difficulties. While Shellpoint is not able to approve you for a loan modification, we may have other programs available to help.

While it may be difficult to make the decision to leave your home, you are conditionally approved for the programs listed below. These can allow you a fresh start toward a new home, and may even pay you to help cover relocation expenses. Please call us at 866-214-5733 to discuss further documentation required for these programs in order to be fully approved.

- **Short Sale** – A short sale involves the sale of the home for less than the balance you owe. If the owner of your loan agrees to a short sale, you can sell your home and pay of all (or a portion of) your balance with the proceeds.
- **Deed-in-Lieu of Foreclosure** – With a Deed-in-Lieu of Foreclosure, you transfer the title of your property to the owner of your mortgage in exchange for a release from your loan and payments.

The most important thing is to avoid foreclosure, but there are other benefits to the fresh start options that may be available to you.

**Benefits include:**
- Eliminate your remaining mortgage debt
- Avoid the negative impact of a foreclosure
- May be eligible for relocation assistance
- Start repairing your credit sooner than if you went through a foreclosure
- Flexible exit options let you leave the home immediately, or consider other ways to transition

**If you can, please pay in full immediately.** We recognize that being denied for a loan modification may be disappointing news for you. However, in order to avoid additional expenses resulting from late payments and to avoid foreclosure, it is important that you make the full payment listed above or contact us regarding the additional option we presented above as quickly as possible.

Remember, your mortgage payment was due on 05/01/2015 and has accrued late charges of $0.00. To avoid additional foreclosure activity, it is important that you make your full mortgage payment and late charges in the amount of $135,995.88 immediately.

Please send your payment to:

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

If your mortgage loan is reinstated and you subsequently experience a financial hardship, you may contact us to request reconsideration for mortgage payment assistance or other alternatives to foreclosure.

If you have questions about this letter and how to reinstate your mortgage, please contact us at 866-214-5733. If you have concerns about the evaluation of your mortgage for foreclosure alternatives, then please contact Erika Loera at 866-825-2174.

Making decisions about your mortgage when you're facing financial challenges can be uncomfortable. With so much information available, it's hard to know where to turn. Shellpoint is ready to assist you in exploring the best option for your individual situation!

For future communications regarding the status of your loan or your application for loss mitigation, you may contact your SPOC (Single Point of Contact) by phone at 866-825-2174 ext. 14582. Alternatively, you may visit our Borrower Web Portal at www.shellpointmtg.com or email your SPOC directly at eloera@shellpointmtg.com.

---

### Additional Resources:
For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.
- Visit http://www.knowyouroptions.com/
- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

---

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue, NW, Washington, DC 20580.



Under federal law, you have the right to obtain a free copy of your credit report from Transunion LLC, the consumer reporting agency who provided us the credit report, within 60 days of this notice.

You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. Your credit score was obtained with your permission from TransUnion LLC on 01/22/2020. Below is their contact information:

| Obtain Credit Report | For Disputes |
| --- | --- |
| TransUnion LLC | TransUnion LLC |
| P.O. Box 1000 | P.O. Box 2000 |
| Chester, PA 19016-1000 | Chester, PA 19016-2000 |
| Toll-Free: 800-888-4213 | Toll-Free: 800-916-8800 |

Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report—
By telephone: Call toll-free: 1-877-322-8228
On the web: Visit www.annualcreditreport.com
By mail: Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at https://www.consumer.ftc.gov/articles/pdf-0093-annual-report-request-form.pdf) to:

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348-5281

**Notice to the Loan Modification Applicant** In connection with your application for a loan modification, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores. The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change. Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another. If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application. If you have questions concerning the terms of the loan modification, contact the lender.

**Please read the following important notices as they may affect your rights.**

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-214-5733 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-214-5733 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 866-214-5733，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.