## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

IN RE:
SAMUEL F. WORRELL
    Debtor

Case No.:21-20622-PDR
Chapter 13

### DEBTOR'S WITNESS LIST

FILED-USBC, FLS-FTL
'22 MAR 8 AM 9:55

THE DEBTOR SAMUEL WORRELL, files this Witness List for This Evidentiary Hearing, and states as follows:

1. Samuel Worrell the Debtor, will testify as to the facts of this case as he see them.

2. The Debtor reserves the right to utilize any exhibit listed by any other party and further reserves the right to supplement the Exhibit List with additional Exhibits as they become known and /or necessary, upon proper notice to the other parties.

Dated / signed: Friday,25th ,February, 2022.

Signed : /s/SamuelWorrell
-------------------------------------------------
WORRELL PLAINTIFF-DEBTOR, pro se.
7420 N.W. 41 COURT., LAUDERHILL, FLORIDA 33319

- 1 -