UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 21-20622-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

SAMUEL FITZGERALD WORRELL
XXX-XX-3980

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to:

| | |
|---|---|
| Date: | April 11, 2022 |
| Time: | 9:00 AM |
| Location: | Video Conference by Zoom for Government |

The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

ROBIN R. WEINER, must:

(a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

(b) file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

NOTICE OF CONTINUED CONFIRMATION HEARING<br>CASE NO.:  21-20622-BKC-PDR

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 10th day of March, 2022.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.: 21-20622-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
SAMUEL FITZGERALD WORRELL
7420 NW 41 COURT
LAUDERHILL, FL 33319

**ROBIN R. WEINER** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.