### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
SAMUEL F. WORRELL                                      Case No.:21-20622-PDR
              Debtor                                             Chapter 13

### DEBTOR'S REQUEST FOR THIS COURT TO TAKE JUDICIAL NOTICE OF THESE FACTS IN THIS CASE.

Pursuant to Rule 12(a) and Florida evidence code ss 90.202(6), Samuel F Worrell moves this court to take judicial Notice of The Law Firm Robertson, Anschutz, Schneid, Crane & Partners, PLLC. abuse of process, and Malicious Prosecution complaint in the case of Samuel F Worrell vs. Ditech Financial LLC. And New Rez LLC

On 11/08/2021 Law Firm Robertson, Anschutz, Schneid, Crane & Partners, PLLC. advertised Plaintiff's Homestead for sale claiming that Ditech Financial LLC. was the Secured Creditor of the Property.

On April 21st, 2020 Law Firm Robertson, Anschutz, Schneid, Crane, & Partners, PLLC. represented to this Court that New Rez LLC. was the Secured Creditors for this property by filing a Proof Of Claim on this property contrary to what they said in State Court.

Once again on January, 12th, 2022 Law Firm Robertson, Anschutz, Schneid, Crane, & Partners, PLLC. represented to this court that New Rez was the Secured Creditor in this case, again by filing a Proof Of Claim in this case, and contradicting what they had previously stated in State Court.

Law Firm Robertson, Anschutz, Schneid, Crane & Partners, PLLC. should be barred pursuant to the doctrine of Judicial Estoppel, from changing tunes in this Court and for lying to the Courts by claiming that two completely different entities are the Sole Secure Creditor for this Homestead.

According to Florida State Law it is impossible, the law actually prohibits legal assignment of a foreclosed mortgage AFTER a final foreclosure judgment is entered against the property.

Respectfully Submitted

/s/Samuel Worrell

**Samuel F Worrell**

Dated / Signed: Thursday, 10th March 2022.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing was furnished to the parties listed on the service

list below, via United States Postal Service (USPS) 'First Class Mail', and / or E-mailed in

accordance with the corresponding addresses listed therein, on the 10th day of March 2022.


Signed:  /s/Samuel Worrell

SAMUEL WORRELL PLAINTIFF-DEBTOR, pro se.

7420 N.W. 41 COURT., LAUDERHILL, FLORIDA 33319

Dated / Signed: Thursday, 10th March 2022.


**SERVICE LIST**

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC

Attorneys for Ditech Financial Servicing, LLC,

Attorneys for NewREZ LLC,

6409 Congress Ave, Suite100

Boca Raton, Florida, 33487

Attn: Marni Sachs

Marni Sachs, Esquire

Attn: Scott Brown

Scott Brown, Esquire

Florida Bar No.88187

Attn:April Harriott

Florida Bar: 37547

Communication Email: sbrown@raslg.com