# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

IN RE:
SAMUEL F. WORRELL
　Debtor

Case No.:21-20622-PDR
Chapter 13

## AFFIDAVIT OF SAMUEL FITZGERALD WORRELL

1. My name is SAMUEL Fitzgerald WORRELL (hereinafter "Affiant").

2. I am over the age of twenty-one (21) and competent to make this affidavit.

3. I am a resident of Broward County Florida, and have been for over thirty-six (36) years.

4. This affidavit is based upon the personal knowledge of the Affiant and the information set forth herein is true and correct.

5. Affiant purchased his homestead in November 1995. Affiant maintained good relations with his lenders up to, and even after, January 23, 2006.

6. On January 23, 2006, Affiant entered into an Adjustable Rate Mortgage with Countrywide Home Loans, Inc. (a division of Countrywide Financial Corp.), d/b/a America's Wholesale Lender.

7. On, or about, July 2, 2008, Countrywide Financial Corp. was acquired by Bank of America. Thereafter, BAC Home Loan Servicing, LP, undertook the servicing of Affiant's loan, and Affiant's payments were made accordingly.

8. On, or about, May 26, 2011 Bank Of America parent company to B A C Home Loans Servicing agreed to pay $20 million to resolve a lawsuit alleging that Countrywide another of it's subsidiaries foreclosed on approximately 160 service members between January 2006 and M AY 2009 without court orders.

9. After February 2012, B A C Home Loans Servicing LP, stopped servicing affiant's loan. Affiant was again told that his loan was transferred, this time to Green Tree Servicing LLC, and Affiant's payments were made accordingly.

10. On, or about, August 31, 2015, Ditech Mortgage Corp., a California Corporation, and DT Holdings LLC., a Delaware Limited Liability Company merged with and into Green Tree Servicing LLC.

11. On February 2, 2016, Ditech Financial LLC., commenced litigation against Affiant in Broward Circuit Court, Case #CACE-16-001954.

12. On February 21, 2018, Ditech Financial LLC, was granted a final judgment against Affiant in Broward Circuit Court, Case #CACE-16-001954.

13. In December 2017, Ditech Holdings Corporation and its' multiple affiliates, filed its first bankruptcy.

14. In its first bankruptcy Ditech Holdings Corporation and its' multiple affiliates were able to eliminate approximately $800 million of its debt.

15. On, or about, February 11, 2019, Ditech Holdings Corporation, along with multiple affiliates, filed its second bankruptcy.

16. On, or about, September 22, 2019, Ditech Holdings Corporation, and its multiple affiliates, filed its Third Amended Joint Chapter 11 Plan.

17. The United States Bankruptcy Court of New York in the Southern District confirmed the Third Amended Joint Chapter 11 Plan of Ditech Holdings Corporation, and its multiple affiliates, on September, 26, 2019.

18. The Effective Date of The Plan occurred on September 30, 2019.

19. As of September 30, 2019, Ditech Financial LLC., ceased to exist and no longer had any remaining right, title, or interest in Affiant's real property, or in the servicing of Affiant's loan.

Yet, more than two (2) years later actions were still being taken in the name of Ditech Financial LLC., in Broward Circuit Case # CACE-16-001954, the most recent having occurred on November 17, 2021.

20. It has been suggested Affiant may have filed documents in the instant case, and/or in the Adversary Proceeding, in bad faith.

21. In consideration of the quagmire of facts articulated above Affiant has sought only to identify the real party in interest, the person entitled to enforce, and/or the secured creditor, in respect to his homestead.

22. The Law Firm opposing Affiant, Robertson, Anschutz, Schneid, Crane & Partners, PLLC has represented at least two (2) different entities in at least two (2) different courts, and has made the legally impossible claim that both entities are the real party in interest, the person entitled to enforce, and/or the secured creditor.

23. Affiant expressly denies he has made any filings in bad faith in either Broward County Circuit Court, or in this Honorable Court.

24. Further, Affiant sayeth naught.

March 21, 2022

_____
Samuel F. Worrell

State of Florida

County of Broward

On March 21, 2022, before me  Samuel F. Worrell  , Notary Public, State of Florida, personally appeared Samuel F. Worrell, personally known to be the person whose name is subscribed to the affidavit, being first duly sworn, acknowledged to me that by his signature on this affidavit, he intended to swear to the facts set forth therein.

WITNESS MY HAND AND OFFICIAL SEAL:

_Allison Karissa Ellington-Hall_
NOTARY PUBLIC

My commission expires: 12/02/2022



ALLISON KARISSA ELLINGTON-HALL
Notary Public, State of Florida
Commission# GG 280682
My comm. expires Dec. 02, 2022