

**ORDERED in the Southern District of Florida on March 21, 2022.**

_____
Peter D. Russin, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 21-20622-PDR |
| SAMUEL FITZGERALD WORRELL, | CHAPTER 13 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING ON CONSENT MOTION FOR PROSPECTIVE IN-REM RELIEF FROM AUTOMATIC STAY FOR A PERIOD OF TWO YEARS (DE 26)**

This matter came to be heard on March 15, 2022 on NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING's Motion for Prospective In-RemRelief from Automatic Stay for a Period of Two Years (DE 26), and for the reasons stated both in the Motion and on the record, it is hereby **ORDERED** that:

1. The Motion is **GRANTED ON CONSENT**.

2. The automatic stay imposed by 11 U.S.C. §362(a) is **TERMINATED** as it applies to the real property and improvements commonly known as 7420 NW 41st CT., Lauderhill, FL 33319. (the "Property") and more particularly described as:

Legal Description of Collateral

Lot 6, Block 1, of BOULEVARD NORTH according to the Plat thereof recorded in Plat Book 92, Page 18 of the Public Records of BROWARD County, Florida.

3. The Movant, including successors or assigns, is hereby free to exercise all rights and remedies under the Deed of Trust against the Property which secured a debt obligation to the Movant, including but not limited to, the initiation or continuation of foreclosure proceedings, a sale of the Property under the terms of the Deed of Trust and applicable state law, and any proceedings to obtain possession of the Property. Such relief shall extend the successful purchaser of the Property at any sale.

4. Any future filing of a petition, involuntary or voluntary, by the Debtor, or other holder of an interest in the Property (including but not limited to: tenants, occupants, and heirs), under any Chapter of Title 11 of the U.S. Bankruptcy Code, *within two (2) years* from the date of entry of this Order will not impose any stay as to the Property. This Order may be recorded and indexed in the land records where the Property is located, irrespective of any actual filings.

5. The stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby WAIVED or otherwise deemed inapplicable.

6. The stay imposed by 11 U.S.C. §362 shall not be re-imposed by the conversion of the case to a filing under another chapter of the United States Bankruptcy Code

**END OF ORDER**

###

Attorney, April Harriott, is directed to serve a copy of this order on in the parties listed and file a certificate of service.

Samuel Fitzgerald Worrell
7420 NW 41 Ct
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130