

**ORDERED in the Southern District of Florida on March 21, 2022.**



Peter D. Russin, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          CASE NO.: 21-20622-PDR
**SAMUEL FITZGERALD WORRELL,**                                           CHAPTER 13

Debtor.

_____/

### ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM OF 1-1 NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING (DE 30)

This matter came to be heard on March 15, 2022 on  Debtor's Objection to Claim

of 1-1 NewRez LLC d/b/a Shellpoint Mortgage Servicing (DE 30), and for the reasons stated both

in the Motion and on the record, it is hereby **ORDERED** that:

1.    The Objection is **OVERRULED**.

**END OF ORDER**

###

Attorney, April Harriott, is directed to serve a copy of this order on in the parties listed and file a certificate of service.

Samuel Fitzgerald Worrell
7420 NW 41 Ct
Lauderhill, FL 33319

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130